

GRACE L. SANDOVAL
P.O BOX 712793
SAN DIEGO CA
92171

**UNITED STATES
DISTRICT COURT**

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 SEP -4 PM 2:40
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**GRACE L. SANDOVAL**
**(Plaintiff)**

**Vs.**

**JOSE REYES**
**(Defendant)**

)
)
)
)
)
)
)
)
)
)
)
)

**COMPLAINT**

**'08 CV 1621 JAH AJB**

JOSE REYES LIVES IN CHULA VISTA, CALIFORNIA WITH HIS WIFE ROSARIO REYES. JOSE REYES LIVED IN HOBOKEN, NEW JERSEY BEFORE MOVING TO SAN DIEGO, CALIFORNIA. JOSE REYES MARRIED AND HAD THREE CHILDREN IN NEW JERSEY. JOSE REYES HAD CHILDREN BORN OUT OF WEDLOCK IN NEW JERSEY. JOSE REYES AND TERESA SAVARESE HAVE A RELATIONSHIP. TERESA SAVARESE LIVES IN SAN DIEGO, CALIFORNIA. JOSE REYES AND TERESA SAVARESE HAD CHILDREN IN HOBOKEN, NEW JERSEY THAT WERE GIVEN UP FOR ADOPTION. TERESA SAVARESE IS EMPLOYED WITH A FALSE DEGREE IN A JUNIOR COLLEGE, SAN DIEGO, CALIFORNIA WHERE SHE TEACHES COMPUTER COURSES. JOSE REYES MARRIED A WOMAN NAMED SANDRA THAT HAD A DAUGHTER NAMED JENNIFER THAT LIVED ON STALMER, SAN DIEGO, CALIFORNIA. JOSE REYES HAS A MOTHER AND TWO SISTERS THAT LIVE IN HOBOBEN, NEW JERSEY. JOSE REYES BROTHER IN LAW'S ARE: J. STEVEN POCETA AND ERIC WARREN AKA: DARIN THAT LIVE IN SAN DIEGO, CALIFORNIA. JOSE REYES BROTHER

PAGE 2

IN LAW'S, J. STEVEN POCETA AND ERIC WARREN AKA: DARIN AND
TERESA SAVARESE,ANDREA CARLIN, WHITE FEMALE , ETC.  ARE
ORPHANS FROM NEW JERSEY THAT LIVE IN SAN DIEGO, CALIFORNIA.
THE ORPHANS FROM NEW JERSEY ARE JOINED WITH THE EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO IN THE
INVASION IN THE UNITED STATES AND IN THE SPYING FOR THE
GOVERNMENT IN MEXICO, ETC.  JOSE REYES CLAIMED HE, JOSE REYES
HAD JOINED THE NAVY.  JOSE REYES ALSO CLAIMS HE, JOSE REYES
JOINED THE RESERVE.  JOSE REYES IS EMPLOYED FOR THE
DEPARTMENT OF DEFENSE IN SAN DIEGO, CALIFORNIA. JOSE REYES IS
ABLE TO VIEW WITH A CAMERA IN PRIVATE HOMES AND IN PUBLIC AT
ALL BUSINESS THAT I, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND
JESSE DIAZ SLALI DID IN SAN DIEGO, CALIFORNIA.  JOSE REYES
PROVIDED ALL EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO WITH INFORMATION ON EVERY MOVE THAT I, GRACE L.
SANSDOVAL, AN AMERICAN MAKES IN SAN DIEGO, CALIFORNIA AND
EVERYWHERE THAT I, GRACE L. SANDOVAL TRAVEL TO INCLUDING
EVERY TIME THAT I, GRACE L. SANDOVAL AM RAPED, AM KIDNAPPED,
AM TORTURED, EVERYTIME MY MONEY IS STOLEN, EVERY INJURY
CAUSED BY THE RAPIST, EVERY TIME THAT I, GRACE L. SANDOVAL AM
FORCED TO CARRY A CHILD BORN OUT OF RAPE, BORN PREMATURE
WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES, EVERY
TIME THAT A PREMATURE IS KIDNAPPED, ETC.  JOSE REYES IS JOINED
WITH HIS BROTHER IN LAW'S , J. STEVEN POCETA, ERIC WARRIN AKA:
DARIN, ANDREA CARLIN, TERESA SAVARESE AND OTHER ORPHANS
FROM NEW JERSEY IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES.  JOSE
REYES AND HIS MOTHER AND SIBLINGS VISIT FREQUENTLY IN
MEXICALI, MEXICO WHERE THEY JOINED MANY EX PRISONERS FROM
LA MESA PRISON, TIJUANA MEXICO IN CRIME.  JOSE REYES MOTHER

PAGE 3

LIVED WITH A MALE EX PRISONER FROM LA MESA PRISON, TIJUANA
MEXICO IN NOBOKEN, NEW JERSEY. THE GERMAN, ROBERT
GOODMAN SR. IS JOINED WITH THE ORPHANS FROM SANTA ANA,
CALIFORNIA PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE
HAVE FALSE MEDICAL DOCTORS DEGREES IN GYNECOLOGY. THE
ORPHANS FROM SANTA ANA, CALIFORNIA ARE JOINED WITH PHILIP
RAND, A DOCTOR IN GYNECOLOGY THAT LIVES ON CLEVELAND
AVENUE, SAN DIEGO, CALIFORNIA. PHILIP RAND PROVIDES
INFORMATION TO ALL EX PRISONERS FROM LA MESA PRISON,
TIJUANA MEXICO IN HOW TO RAPE AMERICANS AND HOW TO SPREAD
SEXUALLY TRANSMITTED DISEASES, HOW TO FORCE AMERICANS TO
BE SURROGATE MOTHERS ILLEGALLY, HOW TO MAKE DEFORM
CHILDREN, HOW TO TAKE LARGE AMOUNTS OF HUMAN BLOOD, HOW
TO USE ILLEGAL DRUGS FROM MEXICO INCLUDING HEROIN, COCAINE,
ETC. THE ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING O.J.
SIMPSON ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. O.J.
SIMPSON LIVES ON WEST CARLTON PLACE, SANTA ANA, CALIFORNIA.
O.J. SIMPSON VISIT HIS GAY MATE, PATRICK J. CLARK THAT LIVES IN
KENSINGTON AREA IN SAN DIEGO, CALIFORNIA. O.J. SIMPSON IS
JOINED WITH ALL ORPHANS IN FORCING INTO PRIVATE HOMES TO
CAUSE INJURIES TO THE HUMAN BRAIN, FACE, BODY AND SEX ORGAN
INCLUDING THE HUMAN HEART, ETC. THE ORPHANS FROM SANTA
ANA, CALIFORNIA THAT HAVE FALSE PSYCHIATRIST DEGREES ARE:
DONNA MILLS, ALICE KRULL, ERNEST DEGUZMAN. O.J. SIMPSON IS
INVOLVED WITH THE ORGANIZED ORPHANS FROM SAN DIEGO,
CALIFORNIA, TERESA PLAYER, ANDREW CAMERON, RICHARD PARELA,
ETC. IN FALSE DEGREES FROM THE UNIVERSITY OF SAN DIEGO,
CALIFORNIA IN SAN DIEGO, CALIFORNIA. O.J. SIMPSON BREAKS THE
HUMAN BONES INCLUDING THE HUMAN STERNUM BONE WITH A

PAGE 4

HAMMER.  MANUEL GARCIA BREAKS THE HUMAN BONES WITH A HAMMER. MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO LIVE IN CALIFORNIA AND ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES AND ARE DEMANDED TO RAPE, TO KIDNAP, TO TAKE HOSTAGE, TO CAUSE MURDER, TO STEAL MONEY FROM BANK ACCOUNTS, TO STEAL CARS, TO STEAL EVERYTHING IN THE HOME OF AMERICANS. MANY OF MY RELATIVES ARE VICTIMS OF RAPE BY THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO. JOSE REYES AND HIS BROTHER IN LAW'S, J. STEVEN POCETA, ERIC WARREN AKA: DARIN, AND OTHER ORPHANS INCLUDING ANDREA CARLIN, TERESA SAVARESE, WHITE FEMALE, ETC. PLANNED TO MOVE TO SAN DIEGO, CALIFORNIA TO JOIN THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO TO INVADE CALIFORNIA. THE ORPHANS FROM NEW JERSEY PLANNED TO INVADED HOLLYWOOD STARS INCLUDING MY RELATIVE, ELVIS PRESLEY THAT LIVED IN LA MIRADA, CALIFORNIA WITH HIS WIFE, THE STAR, ANN MARGARET AND THEIR THREE CHILDREN. JOSE REYES AND HIS BROTHER IN LAW'S, J. STEVEN POCETA, ERIC WARREN AKA: DARIN AND ORPHANS FROM NEW JERSEY, TERESA SAVARESE, ANDREA CARLIN, ETC. HAVE STOLEN MONEY FROM MY BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERTY. JOSE REYES AND ALL ORPHANS FROM NEW JERSEY ARE JOINED WITH THE GERMAN, ROBERT GOODMAN SR. IN STEALING MONEY FROM THE PUBLIC TO PURCHASE REAL PROPERTY AS CARLOTA S. REYNA AND HER HUSBAND JOSE REYNA AKA: SANCHEZ DID. LUPE N. PINA AND HER EX HUSBAND ROGELIO PINA AKA: ROY AN EX PRISONER FROM LA MESA PRISON, TIJUANA, MEXICO ALSO STOLD MONEY FROM MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN TO PURCHASE REAL PROPERTY.  CHRISINTA N.

PAGE 5

RODRIGUEZ AND HER HUSBAND JOSE RODRIGUEZ, AN EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO ALSO STOLD MONEY FROM MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN TO PURCHASE REAL PROPERTY.  JOSE REYES BROTHER IN LAW'S J. STEVEN POCETA, ERIC WARREN AKA: DARIN AND TERESA SAVARESE, ANDREA CARLIN ARE ORPHANS FROM NEW JERSEY THAT ONLY HAVE ONE EYE. THE ORPHANS FROM NEW JERSEY HAVE INVADED ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DUAGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND THEIR FATHER JESSE DIAZ SLALI BEFORE HE DIED ON SEPTEMBER 6, 2007.  THE ORPHANS FROM NEW JERSEY PLANNED TO INVADE ALL OF THE STAR, ELVIS PRESLEY RELATIVES THAT LIVE IN CALIFORNIA.  THE ORPHANS FROM NEW JERSEY HAVE PROVIDED INFORMATION ON HOW TO USE LIDOCAINE IN THE HUMAN EYE OF MANY AMERICANS IN CALIFORNIA TO CAUSE REMOVAL OF HUMAN EYE.  THE ORPHANS FROM NEW JERSEY HAVE INVADED HOLLYWOOD STARS TO PROVIDE INFORMATION ON HOW TO INJECT LIDOCAINE IN THE HUMAN EYE TO REQUIRE REMOVAL OF HUMAN EYE. THE ORPHANS FROM NEW JERSEY ARE PROVIDING INFORMATION TO THE PUBLIC AND PROVIDING LIDOCAINE TO DEMAND TO INJECT LIDOCAINE IN THE HUMAN EYE, THE HUMAN BREAST, THE HUMAN FINGERS, THE HUMAN HANDS, THE HUMAN LEGS, ETC. TO REQUIRE REMOVAL.  THE ORPHANS ARE ADDICTED TO HEROIN, COCAINE, ARE ALCOHOLICS, ETC. THE ORPHANS ARE HATEFULL TOWARDS ALL AMERICANS THAT HAVE FAMILIES IN CALIFORNIA ESPECIALLY ALL OF THE STARS AND THEIR FAMILIES.  THE ORPHANS WANT TO DESTROY FAMILIES BY TAKING LARGE AMOUNTS OF FLUID FROM THE HUMAN BRAIN AND BODY TO CAUSE FLUID LOSS.  THE ORPHANS TAKE LARGE AMOUNTS OF HUMAN BLOOD FROM AMERICANS FOR THEIR AIDS, CANCER IN

PAGE 6

THEIR HUMAN BLOOD, ETC. THE ORPHANS TAKE CHEMOTHERAPY FOR THEIR CANCER. THE ORPHANS ARE OUR ENEMIES. THE ORPHANS STEAL OUR MONEY FROM OUR BANK ACCOUNTS, STEAL OUR FOOD FROM OUR PRIVATE HOMES, VANDALIZE OUR CARS, DAMAGE ALL OUR FURNITURE, CLOTHES, SHOES, GOLD, ETC. EVERYTHING WE OWN IN OUR HOME. THE ORHPANS PLAN WITH MANY OTHERS INVOLVED IN USING HEROIN, COCAINE, AND ARE ALCOHOLICS IN FORCING INTO OUR PRIVATE HOMES TO BURN OUT HUMAN FACE AND BODY INCLUDING OUR FURNTURE, CLOTHES, CARS, ETC. FOR THEIR HEROIN ADDICTION. THE ORPHANS FORCE A GROUP OF RAPIST, SEX OFFENDERS TO RAPE ME AND MY FAMILY IN OUR PRIVATE HOMES, PLACE OF EMPLOYMENT, PUBLIC, ETC. TO FORCE ME AND MY FAMILY TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA THAT ARE KIDNAPPED AND SOLD TO THE PUBLIC FOR MONEY ILLEGALLY AND TO COLLECT WELFARE FRAUD FOR EACH. THE ORPHANS ARE INVOLVED IN WELFARE FRAUD WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT LIVE IN SAN DIEGO, CALIFORNIA THAT HAVE FALSE DEGREES. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE DEMANDED TO DISABLE AMERICANS TO STEAL THEIR MONEY,FOOD, ETC. AND TO TAKE THEIR HUMAN BLOOD ILLEGALLY, ETC. TEENAGERS IN SAN DIEGO, CALIFORNIA ARE INVADED BY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO. EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE VIEWING WITH A CAMERA TWENTY FOUR HOURS A DAY, SEVEN DAYS A WEEK TO SPY ON EVERYTHING WE DO TO PROVIDE EX PRISONERS FROM LA MESA PRISON. TIJUANA MEXICO WITH INFORMATION AND DEMANDING THEM TO FOLLOW ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK,CORIE. THE EX PRISONERS FROM LA

PAGE 7

MESA PRISON TIJUANA MEXICO THAT LIVE IN SAN DIEGO, CALIFORNIA CLAIM TO BE EDUCATED IN THE UNITED STATES AND ARE NOT. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO HAVE FALSE DEGREES INCLUDING PRISCILLA CASTILLO, MIKE AGUIRRE AKA: LEVINE, MARTY LEVINE, TERESA KINNY AKA: LEVINE, LUPE CONCHOLLA AKA: LEVINE, CAROL LEBEAU AKA: LEVINE. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT LIVE IN SAN DIEGO, CALIFORNIA DEMAND TEENAGERS TO USE HEROIN, COCAINE, TO BE ALCOHOLIC, TO RAPE, TO TAKE HUMAN BLOOD ILLEGALLY, TO STEAL MONEY FROM BANK ACCOUNTS, ETC. TEENAGERS IN SAN DIEGO, CALIFORNIA ARE DEMANDED TO SAY SLANDER ABOUT ALL AMERICANS ESPECIALLY THE CATHOLICS THAT ARE ACTIVE IN THE CHURCH. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO THAT DO NOT KNOW WHO THEIR PARENTS ARE SAY SLANDER TO THE PUBLIC IN SAN DIEGO, CALIFORNIA AND OTHER COUNTIES IN CALIFORNIA ABOUT AMERICAN'S AND THEIR FAMILIES INCLUDING THE STARS AND THEIR FAMILIES. EX PRSONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE DEMANDED TO SELL ILLEGAL DRUGS FROM MEXICO TO AMERICANS ESPECIALLY AMERICANS THAT HAVE MONEY IN BANK ACCOUNTS AND HAVE AN EDUCATION. JOSE REYES AND HIS BROTHER IN LAW, J. STEVEN POCETA, ERIC WARREN AKA: DARIN, TERESA SAVARESE, ANDREA CARLIN FROM NEW JERSEY PLANNED TO JOIN THE ORGANIZED TALI BAN IN SAN DIEGO, CALIFORNIA. THE "TALI BAN" AKA: TYPE OF POLITICAL PARTY IN MEXICO (PAN). THE "PRI" IS THE OTHER POLITICAL PARTY IN MEXICO. JOSE REYES FATHER IN LAW LIVED IN LA MESA PRISON, TIJUANA MEXICO. JOSE REYES MOTHER WAS BORN IN PUERTO RICO. JOSE REYES WAS BORN IN PUERTO RICO. JOSE REYES VISIT IN MEXICALI, MEXICO WITH HIS STEP FATHER AND MOTHER AND SIBLINGS INCLUDING BROTHER IN LAW'S AND WOULD

PAGE 8

LIVED IN MEXICALI, MEXICO.  AMADO NUNGARAY AND HIS WIFE LIVE ON MARK STREET, SANTA ANA, CALIFORNIA.  AMADO NUNGARAY WIFE LIVED IN LA MESA PRISON, TIJUANA MEXICO.  JOSE REYES AND HIS MOTHER AND STEP FATHER AND SIBLINGS AND BROTHER IN LAW'S ALSO VISIT AMADO NUNGARAY AND HIS WIFE AND FAMILY IN SANTA ANA, CALIFORNIA.  I, GRACE L. SANDOVAL MET JOSE REYES  IN MEXICALI, MEXICO.  JOSE REYES AND MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO INCLUDING BONNIE DUMANNIS, PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA ESPINOZA, MARIA RODRIGUEZ, ETC.  ARE JOINED WITH THE MARIA GAXIOLA SIX DAUGHTERS, CARMEN, GLORIA , TONI, MARISA, JOSIE, SYLVIA.  GLORIA GAXIOLA LIVES  IN LA MIRADA, CALIFORNIA. GLORA GAXIOLA HAS BEEN TO PRISON FOR DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES.  CARMEN GAXIOLA ALSO LIVES IN LA MIRADA, CALIFORNIA. GLORIA GAXIOLA IS MARRIED TO EUGENE QUINTANA AKA: WHIMPIE. CARMEN GAXIOLA WAS MARRIED TO ERNEST ESPITIA. CARMEN GAXIOLA HAD A SON BORN OUT OF WEDLOCK FROM REYES QUESADA. REYES QUESADA IS A TWIN OF EFRAIN QUESADA.  THE QUESADA FAMILY ALSO LIVED IN MEXICALI, MEXICO BEFORE MOVING TO THE ELMORE RANCH, IMPERIAL COUNTY, CALIFORNIA.  ERNEST ESPITIA IS NOW MARRIED TO MARIA MONTENEGRO DIAZ ESPITIA AND LIVE IN BRAWLEY, CALIFORNIA.  CARMEN GAXIOLA  IS INVOLVED WITH ROGELIO PINA AKA:ROY IN RUNNING OVER ME, GRACE L. SANDOVAL ON HIS, ROGELIO PINA AKA: ROY WASTE MANAGEMENT TRUCK IN LOS ANGELES, CALIFORNIA.  ROGELIO PINA AKA: ROY IS EMPLOYED FOR WASTE MANAGEMENT IN LOS ANGELES COUNTY, CALIFORNIA.  JOSE REYES STEP FATHER LIVES WITH MARIA GAXIOLA IN BRAWLEY, CALIFORNIA.  JOSE REYES MOTHER VISIT MARIA GAXIOLA AND JOSE REYES STEP FATHER IN BRAWLEY, CALIFORNIA.  JOSE REYES IS

PAGE 9

JOINED WITH HIS MOTHER AND FAMILY IN THE INVASION OF ALL OF MY FAMILY THAT LIVE IN WESTMORLAND, CALIFORNIA TO DEMAND MONEY, FOOD, ETC. BY PICKING THE HUMAN FOREHEAD THAT HAS BEEN DRILLED. JOSE REYES MOTHER DEMANDS TO SLEEP AT MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL HOME AT 296 WEST FRIST STREET, WESTMORLAND, CALIFORNIA. JOSE REYES IS JOINED WITH THE LEVINE FAMILIES THAT ARE ALL BORN PREMATURE WITH THE DRUG PROVERA IN MEXICALI, MEXICO THAT WERE ABANDONED AND PICKED UP AND LIVED IN LA MESA PRISON, TIJUANA MEXICO FOR MANY YEARS. JOSE REYES IS JOINED WITH TERESA KINNY AKA: LEVINE IN FORCING INTO MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL HOME IN WESTMORLAND, CALIFORNIA BY DEMANDING MY MOTHER, FELOMENA N. DUTRA NIEGHBOR, DELIA AMBRIZ TO SEDATE MY MOTHER FELOMENA N. DUTRA. DELIA AMBRIZ IS AN ILLEGAL FROM MEXICALI, MEXICO THAT ALSO LIVED IN LA MESA PRISON, TIJUANA MEXICO. DELIA AMBRIZ RELATIVE IS LUIS CONCHOLLA THAT LIVES WITH TERESA KINNY AKA: LEVINE AND HER BROTHER MIKE AGUIRRE AKA: LEVINE IN CHULA VISTA, CALIFORNIA. DELIA AMBRIZ RELATIVE IN BECKY MARES FIERRO THAT LIVES IN EL CAJON, CALIFORNIA AND IS MARRIED TO JOE FIERRO JR. DELIA AMBRIZ HAS TUBERCULOSIS. TERESA KINNY AKA: LEVINE AND HER MALE FRIEND LUIS CONCHOLLA ALSO HAVE TUBERCULOSIS. THE LEVINE FAMILIES ARE SPREADING TUBERCULOSIS TO AMERICANS IN SAN DIEGO, CALIFORNIA. TERESA KINNY AKA: LEVINE AND DELIA AMBRIZ FORCE INTO PRIVATE HOMES TO BLOW FORCEFULLY INTO THE HUMAN MOUTH TO SPREAD TUBERCULOSIS. TERESA KINNY AKA: LEVINE FORCED INTO ARETA CROWELL APARTMENTS AT 4517 WILSON AVENUE, SAN DIEGO, CALIFORNIA WITH LINDA YBARRA FIERRO TO BLOW IN MY HUMAN MOUTH TO SPREAD TUBERCULOSIS. TERESA KINNY AKA: LEVINE AND LINDA YBARRA FIERRO FORCED INTO MY

PAGE 10

APARTMENT AT 4646 WILSON AVENUE, SAN DIEGO, CALIFORNIA TO
BLOW FORCEFULLY INTO MY HUMAN MOUTH TO SPREAD
TUBERCULOSIS. GLORIA GATXIOLA DATED RAUL DIAZ. GLORIA
GAXIOLA HAS CONTINUED HER RELATIONSHIP WITH RAUL DIAZ.
GLORIA GAXIOLA LIVED IN SAN DIEGO, CALIFORNIA WITH EUGENE
QUINTANA FOR YEARS. TONI VERDUZCO AKA: ANTONIA LIVES IN
CHULA VISTA, CALIFORNIA. TONI VERDUZCO IS MARRIED TO JEFFREY.
JEFFREY IS EMPLOYED AT CHILDREN HOSPITAL, SAN DIEGO,
CALIFORNIA WITH A FALSE REGISTERED NURSE DEGREE. TONI
VERDUZCO IS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES WITH
THE BLUE, HARD HAT MASACRE, POLIMINO MIRAMONTES AKA: POLI
AND HIS WIFE SYLVIA ARAUJO MIRAMONTES AND MANY OTHERS
THAT LIVE IN CHULA VISTA, CALIFORNIA. POLIMINO MIRAMONTES
AKA: POLI SIBLINGS, BERNARDO MIRAMONTES, JESSIE MIRAMONTES
RUIZ, LIZZY MIRAMONTES ARE ALSO INVOLVED IN DRUG SMUGGLING
ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM MEXICO TO THE
UNITED STATES. JOSE REYES IS JOINED WITH ALL THE HEROIN
ADDICTS INCLUDING POLIMINO MIRAMONTES IN ATTACKING MY
DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE TO CAUSE
HER BREAKS IN HER HUMAN BONES. JOSE REYES HAS CAUSED A
BREAK IN MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE
HUMAN BONE TO DEMAND HER TO CARRY CHILDREN BORN
PREMATURE ILLEGALY WITH THE DRUG PROVERA. JOSE REYES IS
JOINED WITH ALL THE LEVINE FAMILIES THAT LIVE ILLEGALLY IN
THE UNITED STATES IN THE RAPE OF MY MOTHER FELOMENA N.
DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN,
ETC. JOSE REYES PLANNED WITH THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO, SUSAN GOLDING, PRISCILLA CASTILLO,
CINDY HEART, TERESA KINNY AKA: LEVINE, LUIS CONCHOLLA AND

PAGE 11

OTHERS IN STEALING ALL OF MY FURNITURE WITH MANUEL VILLA
LOBOS. MANUEL VILLA LOBOS IS EMPLOYED AT SHARP MEMORAL
HOSPITAL, SAN DIEGO, CALIFORNIA. MANUEL VILLALOBOS IS
INVOLVED WITH ERNESTO NUNGARAY AND MANY ILLEGALS FROM
MEXICO IN STEALING ALL OF MY FURNITURE. MANUEL GARCIA AND
LUPE CHAVEZ SWAIN ARE JOINED WITH MANY EX PRISONERS
INCLUDING PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART,
TERESA KINNY AKA: LEVINE, LUIS CONCHOLLA, ETC. FROM LA MESA
PRISON, TIJUANA MEXICO INCLUDING THE CARLOTA S. REYNA, LUPE
N. PINA, CHRISINTA N. RODRIGUEZ, ETC. IN STEALING MY FURNITURE
FROM MY PRIVATE HOMES. THE LEVINE FAMILY ARE ALL INVOLVED
IN STEALING FURNITURE IN CALIFORNIA TO HAVE IT RE UPOLSTERED
TO SELL TO THE PUBLIC ILLEGALLY FOR MONEY. THE LEVINE
FAMILY DEMAND AMERICANS TO PURCHASE STOLEN FURNITURE.
THE LEVINE FAMILY ARE INVOLVED WITH THEIR FATHER MIKE
LEVINE THAT LIVES IN POMONA, CALIFORNIA IN STEALING
FURNITURE FROM AMERICANS IN CALIFORNIA. JOSE REYES LIVED
IN HIS CONDOMINIUM ON STALMER, SAN DIEGO, CALIFORNIA. JOSE
REYES IS PLANNED WITH TERESA KINNY AKA: LEVINE AND HER
HUSBAND LUIS CONCHOLLA IN STEALING ALL OF MY FURNITURE
FROM ME, GRACE L. SANDOVAL AT MARIA RODRIGUEZ TWO
BEDROOM CONDOMINIUM ON ANNRAE, SAN DIEGO, CALIFORNIA WITH
THE MANUEL VILLALOBOS AND THE EXP RISONERS FROM LA MESA
PRISON, TIJUANA, MEXICO, SUSAN GOLDING, CINDY HEART, PRISCILLA
CASTILLO, MARIA ESPINOZA, MARIA RODRIGUEZ, ETC. MARIA
RODRIGUEZ IS RELATED TO ROGELIO PINA AKA: ROY. MARIA
RODRIGUEZ LIVED IN LA MESA PRISON, TIJUANA MEXICO FOR MANY
YEARS BEFORE MOVING TO SAN DIEGO,CALIFORNIA. MARIA
RODRIGUEZ IS JOINED WITH MANY EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO INCLUDING PRISCILLA CASTILLO, SUSAN

PAGE 12

GOLDING, LUPE CONCHOLA AKA: LEVINE, LUIS CONCHOLLA, MIKE AGUIRRE AKA: LEVINE, CAROL LEBEAU, MARTY LEVINE, CATHY LEE GIFFORD AKA: LEVINE, MICHAEL TUCK, FELIPE PONCE, FRED BELTRAN, IRMA MENDIBLES, MANUEL GARCIA, ROBERT GARCIA, RICARDO CASTANEDA, ETC. IN THE KIDNAP, RAPE, HOSTAGE, OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE IN SAN DIEGO COUNTY, CALIFORNIA. TO DEMAND BOTH MY DAUGHTERS TO CARRY MORE THAN SIXTEEN CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES THAT ARE KIDNAPPED AND CARED FOR IN PRIVATE HOMES AND SOLD TO THE PUBLIC FOR MONEY ILLEGALLY. MIKE LEVINE RAPED MY MOTHER FELOMENA N. DUTRA AKA; SANDOVAL IN MEXICALI, MEXICO. MIKE LEVINE ATTACKED MY MOTHER FELOMENA N. DUTRA AKA; SANDOVAL HUMAN FACE AND BODY TO CAUSE HER BRUISES AND ALMOST DEATH. MIKE LEVINE LIVED IN LA MESA PRISON, TIJUANA MEXICO. MIKE LEVINE IS A HEROIN ADDICT, COCAINE ADDICT, ALOCHOLIC, ETC. MIKE LEVINE IS AN ILLEGAL THAT LIVES IN POMONA, CALIFORNIA. MIKE LEVINE IS INVOLVED IN STEALING MONEY FROM BANK ACCOUNTS, STEALING FURNITURE, STEALING APPLIANCES, STEALING GOLD, STEALING CLOTHES, SHOES, TOYS, ETC. MIKE LEVINE AND HIS DAUGHTER KATHY LEE GIFFORD AKA: LEVINE ARE INVOLVED IN THE RAPE OF MANY AMERICANS THAT ARE FORCED TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. KATHY LEE GIFFORD LIVED IN LA MESA PRISON, TIJUANA MEXICO. KATHY LEE GIFFORD DEMANDS ALL CRIMINALS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUSBTANCES FROM MEXICO TO THE UNITED STATES TO FROCE INTO PRIVATE HOMES TO TAKE HUMAN HAIR FROM THE HUMAN SCALP AND PUT ALL HAIR REMOVED IN A BAG TO BE

PAGE 13

DELIVERED WITH THE ILLEGAL DRUGS FROM MEXICO TO HER,
KATHY LEE GIFFORD AKA: LEVINE IN POMONA, CALIFORNIA. KATHY
LEE GIFFORD SELLS ALL HAIR REMOVED ILLEGALLY FROM
AMERICANS IN THEIR PRIVATE HOMES. ALL THE LEVINE FAMILY ARE
VERY DARK SKIN AND USE A SUBSTANCE TO LIGHTEN THEIR HUMAN
SKIN. ALL THE LEVINE FAMILY DO NOT HAVE HUMAN FINGERNAILS
OR HUMAN TOE NAILS. ALL THE LEVINE FAMILY HAVE THEIR HUMAN
TOES IN ONE BALL. THE LEVINE FAMILY DO NOT HAVE HALF OF
THEIR HUMAN BRAIN. THE LEVINE FAMILY HUMAN SKIN IS
DETERIORATED FROM STARVATION AT BIRTH. THE LEVINE FAMILY
DO NOT HAVE BIRTH CERTIFICATES. THE LEVINE FAMILY ARE NOT
ABLE TO REPRODUCE CHILDREN. THE LEVINE FAMILY WERE
EMPLOYED IN BARS IN MEXICALI, MEXICO WHERE THEY DANCED
IN THE NUDE, ETC. EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO CAN PROVE ALL EX PRISONERS THAT LIVED IN LA MESA
PRISON, TIJUANA MEXICO. LA MESA PRISON,TIJUANA MEXICO HAS
BEEN INFORMED BY MANY OF MY RELATIVES OF THE ORGANIZED
CRIME OF EX PRISONERS FROM LA MESA PRISON,TIJUANA MEXICO
THAT LIVE IN SAN DIEGO, CALIFORNIA. MANUEL GARCIA LIVED NEAR
THE ALL AMERICAN CANAL IN MEXICALI, MEXICO WITH HIS FAMILY.
MANUEL GARCIA NIEGHBOR IN MEXICALI, MEXICO WAS YOLANDA
RUBALCABA. YOLANDA RUBALCABA PARENTS ARE RELATED TO MY
MOTHER FELOMENA N. DUTRA AKA: SANDOVAL. IRMA MENDIBLES
LIVED NEAR THE NEAR THE ALL AMERICAN CANAL IN MEXICALI,
MEXICO ON A RUG,  UNDER A TREE FOR MANY YEARS WITH HER
FAMILY. AMPARO QUESADA AND HER FAMILY ALSO LIVED NEAR THE
ALL AMERICAN CANAL IN MEXICALI, MEXICO UNDER A TREE FOR
MANY YEARS. AMADO  NUNGARAY WIFE LIVED NEAR THE ALL
AMERICAN CANAL IN MEXICALI, MEXICO. JOSE AKA: BELALA AND HIS
PARENTS LIVED

PAGE 14

NEAR THE ALL AMERICAN CANAL IN MEXICALI, MEXICO FOR MANY YEARS. JOSE AKA: BELALA IS MARRIED TO CARMEN NUNGARAY. CARMEN NUNGARAY LIVES AT 602 S. SHELLEY, SANTA ANA, CALIFORNIA. MANUEL NUNGARAY LIVED IN MEXICALI, MEXICO WITH HIS FAMILY BEFORE MOVING TO SANTA ANA, CALIFORNIA. RAMON NUNGARAY AND HIS WIFE MARIA LEVINE NUNGARAY AND THEIR FOUR DAUGHTERS LIVED IN MEXICALI, MEXICO BEFORE MOVING TO COMMERCE, CALIFORNIA. FRANCISCO NUNGARAY AKA: PANCHO AND HIS WIFE TERESA AND THEIR SIX CHILDREN LIVED IN MEXICALI, MEXICO BEFORE MOVING TO SANTA ANA, CALIFORNIA. ROBERTO NUNGARAY SR. HAS LIVED IN MEXICALI MEXICO WITH HIS WIFE AND EIGHT CHILDREN. JOSEFINA NUNGARAY ESPINOZA LIVES AT 1718 WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. LUPE NUNGARAY PINA LIVES AT 5902 ADELE AVENUE, WHITTIER, CALIFORNIA. CHRISTINA NUNGARAY RODRIGUEZ LIVES AT 9884 VIEW COURT, ESCONDIDO, CALIFORNIA. ALL THE NUNGARAY FAMILIES ARE INVADED BY THE LEVINE FAMILIES THAT LIVES IN LA MESA PRISON, TIJUANA MEXICO. THE LEVINE FAMILIES ARE JOINED WITH ALL THE ORPHANS FROM SANTA ANA, CALIFORNIA IN PLANNING MURDER. THE LEVINE FAMILIES HAVE INVADED SAN DIEGO, CALIFORNIA AND ARE INVOLVED IN MURDER. THE LEVINE FAMILIES ARE INVOLVED IN SELLING HEROIN, COCAINE, ETC. FROM MEXICO TO THE PUBLIC IN THE UNITED STATES INCLUDING TO MANY STARS IN HOLLWOOD BY MIKE LEVINE, MARIA LEVINE NUNGARAY AND THEIR CHILDREN THAT LIVE IN LOS ANGELES COUNTY, CALIFORNIA. EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA ESPIONZA, MARIA RODRIGUEZ, LUIS CASILLAS-ROBLES AND OTHERS PLANNED FOR JESSE DIAZ SLALI TO LIVE WITH CECILIA SALDIVAR IN SAN DIEGO, CALIFORNIA. JESSE

PAGE 15

DIAZ SLALI WAS DEMANDED BY BAP RUSSO AKA; BAPSI SLALI TO DATE CECILA SALDIVAR IN SAN DIEGO,CALIFORNIA. BAP RUSSO AKA: BAPSI SLALI WAS JOINED WITH ALL OF FRANK DUTRA CHILDREN BORN OUT OF WEDLOCK THAT LIVED IN SAN DIEGO, CALIFORNIA IN THE RAPE AND IN DEMANDING ALL TO HAVE MANY CHILDREN BORN OUT OF WEDLOCK FOR WELFARE FRAUD AND FOR DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES FOR THE ORPHANS FROM SANTA ANA, CALIFORNIA, O.J. SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE, ETC. BAP RUSSO AKA: BAPSI SLALI WAS AWARE OF CECILIA SALDIVAR MARRIAGE TO JOE AND THEIR JOE JR. BAP RUSSO AKA: BAPSI SLALI IS A PIMP IN SAN DIEGO, CALIFORNIA AND DEMANDS HEROIN ADDICTS TO RAPE ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK,CORIE INCLUDING THEIR FATHER JESSE DIAZ SLALI BEFORE HE DIED ON SEPTEMBER 6,2007. JESSE DIAZ SLALI WAS A VICTIM OF RAPE BY THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT CLAIM TO HAVE MORE THAN EIGHTY CHILDREN BORN OUT OF WEDLOCK AND COLLECT WELFARE FRAUD FOR EACH. LUPE CHAVEZ SWAIN IS INVOLVED IN THE RAPE OF JESSE DIAZ SLALI. LUPE CHAVEZ SWAIN HAD A DAUGHTER BORN OUT OF WEDLOCK FROM JESSE DIAZ SLALI WHEN JESSE DIAZ SLALI WAS A TEENAGER LIVING IN WESTMORLAND, CALIFORNIA. JESSE DIAZ SLALI WAS FOLLOWED EVERYWHERE TO FORCE ECSTASSY INTO HIS HUMAN MOUTH TO DEMAND HIM, JESSE DIAZ SLALI TO HAVE SEX WITH FEMALES. O.J. SIMPSON IS INVOLVED IN THE RAPE OF JESSE DIAZ SLALI SINCE HE, JESSE DIAZ SLALI WAS A TEENAGER. O.J. SIMPSON IS JOINED WITH THE INDIAN, NOBEL BUTLER THAT LIVES IN WESTMORLAND, CALIFORNIA IN THE RAPE OF MANY OF THE STAR, ELVIS PRESLEY RELATIVES INLCUDING ALL OF

PAGE 16

FELOMENA N. DUTRA AKA: SANDOVAL FIVE CHILDREN, GRANDCHILDREN, ETC. O.J. SIMPSON DOES NOT HAVE A CONTRACT WITH FELOMENA N. DUTRA AKA: SANDOVAL OR WITH HER HUSBAND FRANK DUTRA. O.J. SIMPSON DOES NOT HAVE A CONTRACT WITH ANY OF FELOMENA FIVE CHILDREN, GRANDCHILDREN, ETC. TO CARRY CHILDFREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. O.J. SIMPSON PLANNED WITH MANY ORPHANS FROM FALLUJAH, IRAQ, ORHPANS FROM THE COUNTRY INDIA, ORPHANS FROM LA MESA PRISON, TIJUANA MEXICO, PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, LUPE CONCHOLLA AKA:LEVINE, TERESA KINNY AKA:LEVINE, MIKE LEVINE, ETC. TO FORCE ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE TO CARRY MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN SAN DIEGO, CALIFORNIA SINCE I, GRACE L. SANDOVAL AND MY WO DAUGHTERS WERE ONLY THIRTEEN YEARS OLD. O.J.SIMPSON HAS MADE A LIVING FROM THE RAPE OF AMERICANS AND FORCING AMERICANS TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. O.J. SIMPSON IS A MASACRE. O.J . SIMPSON HAS INVADED HOLLYWOOD STARS WITH HEROI, COCAINE, ETC. FROM MEXICO. O.J . SIMPSON IS INVOLVED IN THE RAPE OF ALL OF THE STARS IN HOLLYWOOD THAT ARE ALSO FORCED TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. O.J. SIMPSON PROVIDES INFORMATION TO MANY HEROIN ADDICTS, COCAINE, ADDICTS, ALCOHOLICS, ETC. IN VARIOUS COUNTIES IN CALIFORNIA ON USING SEDATION TO FORCE INTO PRIVATE HOMES TO TAKE FLUID FROM THE HUMAN BRAIN AND BODY AND ALSO TO TAKE LARGE AMOUNTS OF HUMAN BLOOD TO CAUSE LOSS OF FLUID AND LOW BLOOD COUNT.

PAGE 17

O.J. SIMPSON PROVIDES INFORMATION ON WELFARE FRAUD TO STEAL
MONEY TO PAY FOR THE GASOLINE FOR DRUG SMUGGLING ILLEGAL
DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED
STATES. O.J. SIMPSON IS AN ENEMY. O.J. SIMPSON PLANNED THE
MURDER OF MANY OF MY RELATIVES. O.J. SIMPSON PLANNED THE
MURER OF MY RELATIVE, ELVIS PRESLEY IN LA MIRADA, CALIFORNIA
WITH PATRICK J. CLARK, HECTOR MENDEZ, ANGIE VARGAS, ETC. O.J.
SIMPSON CAUSED THE MURDER OF HECTOR MENDEZ FATHER,
SAMUEL AKA: SAMMY THAT LIVED ON FIFTH STREET, WESTMORLAND,
CALIFORNIA. O.J. SIMPSON IS INVOLVED IN DRILLING THE HUMAN
STERNUM BONE AND BEATING THE HUMAN STERNUM BONE TO CAUSE
THE HUMEN STERNUM BONE TO BREAK. O.J. SIMPSON IS JOINED WITH
PATRICK J. CLARK, KATHRYN JEAN YAVENDITTI AKA: KATE, LEONARD
FINK, ROGELIO PINA, HECTOR MENDEZ, REYES QUESADA, ETC. IN
DRILLING THE HUMAN HEART TO REQUIRE A PACE MAKER. O.J.
SIMPSON IS INVOLVED IN DRILLING THE HUMA FOREHEAD AND
PICKING THE HUMAN FOREHEAD TO DEMAND MONEY, FOOD, ETC.
O.J. SIMPSON IS INVOLVED IN DRILLING THE HUMAN MOUTH ON THE
TOP (PALETE) TO CAUSE INJURY IN THE HUMAN MOUTH AND NOT
ABLE TO EAT FOOD. O.J. SIMPSON STEALS FOOD FROM VICTIMS THAT
HE HAS DRILLED THE HUMAN MOUTH INCLUDING ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI WHEN I LIVED AT 3736 RAY STREET,
SAN DIEGO, CALIFORNIA. O.J. SIMPSON HAS DRILLED THE HUMAN
MOUTH OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE
TO STEAL THEIR FOOD FROM THEIR HOME. O.J. SIMPSON IS JOINED
WITH IS GAY LOVE, PARICK J. CLARK AND A MASACRE, LEONARD FINK
IN DRILLING THE HUMAN BONES OF ALL OF ELVIS PRESLEY
RELATIVES THAT HAVE FILED CASES ON THE MASACRES THAT HAVE

PAGE 18

AIDS, CANCER IN THEIR HUMAN BLOOD AND ARE ADDICTED TO
HEROIN, COCAINE, ETC. O.J. SIMPSON CLAIMS THAT HE IS JOINED
WITH MANY INDIANS FROM YUMA, ARIZONA THAT LIVE AT BANKERS
HILLS COMPLEX, QUINCE STREET, SAN DIEGO, CALIFORNIA IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES. O.J. SIMPSON IS JOINED WITH JERRY
SANDERS, THE MAYOR OF SAN DIEGO, CALIFORNIA IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES. O.J. SIMPSON IS JOINED WITH
WILLIAM LANSDOWNE, THE CHIEF FOR THE SAN DIEGO POLICE
DEPARTMENT, SAN DIEGO, CALIFORNIA IN DRUG SMUGGLING
ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE
UNITED STATES. JERRY SANDERS LIVED IN YUMA, ARIZONA BEFORE
HE, JERRY SANDERS MOVED TO BRAWELY, CALIFORNIA. JERRY
SANDERS IS INVOLVED WITH REYES QUESADA AND HIS FAMILY IN
DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES
FROM MEXICO TO THE UNITED STATES INCLUDING TO LA MIRADA,
CALIFORNIA WHERE AMPARO QUESADA AND HER HUSBAND
REYNALDO QUESADA AND THEIR CHILDREN LIVE. WILLIAM
LANSDOWNE AKA: STEMPLE LIVED IN SANTA ANITA ,CALIFORNIA.
WILLIAM LANSDOWNE AKA:STEMPLE ALSO LIVED ON WEST CARLTON
PLACE, SANTA ANA, CALIFORNIA. WILLIAM LANSDOWNE AKA;
STEMPLE IS JACK STEMPLE BROTHER. JACK STEMPLE LIVES IN EL
CENTRO, CALIFORNIA. JACK STEMPLE IS INVOLVED IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES WITH MANUEL GARCIA, LUPE
CHAVEZ SWAIN, RICARDO CASTANEDA, IRMA MENDIBLES, ETC. BOTH
JACK STEMPLE AND WILLIAM LANSDOWNE AKA: STEMPLE ARE PART
BROTHERS OF JESSE PRESLEY THAT LIVES IN BRAWLEY, CALIFORNIA.
JESSE PRESLEY WAS THE STAR, ELVIS PRESLEY BROTHER. JESSE

PAGE 19

PRESLEY IS MARRIED TO JANET PRESLEY AND LIVE IN BRAWLEY, CALIFORNIA WITH THEIR THREE CHILDREN, GRANDCHILDREN, ETC. JESSE PRESLEY IS MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL RELATIVE, COUSIN. O.J. SIMPSON IS REPORTED FOR HIS CRIME AND MURDER IMMEDIATELY AND THE MASACRE, O.J. SIMPSON HAS NOT BEEN EXECUTED FOR HIS CRIME OF MURDER TO MANY AMERICANS IN CALIFORNIA. O.J. SIMPSON HAS NO EDUCATION. O.J. SIMPSON IS INVOLVED WITH MANY BLACKS IN MURDER IN VARIOUS COUNTIES IN CALIFORNIA ESPECIALLY IN LOS ANGELES COUNTY, CALIFORNIA. O.J. SIMPSON PLANNED TO KIDNAP ME, GRACE L. SANDOVAL AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE BY EXPRISONERS FROM LA MESA PRISON, TIJUANA MEXICO, PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA ESPIONZA, MARIA RODRIGUEZ, TERESA KINNY AKA:LEVINE, LUPE CONCHOLA AKA: LEVINE, MARTY LEVINE, MICAHEL TUCK, CAROL LEBEAU, BONNIE DUMANNIS, MIKE AGUIRRE AKA: LEVINE, ETC. THAT PLANNED FOR ME, GRACE L. SANDOVAL AND MY DAUGHTER CORINA AKA: CORIE TO MOVE INTO A CONDOMINIUM ON ANNRAE, SAN DIEGO, CALIFORNIA IN 1992 WITH AN EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO, MARIA RODRIGUEZ. I, GRACE L. SANDOVAL WAS ENROLLED AT SAN DIEGO CITY COLLEGE, SAN DIEGO, CALIFORNIA IN JANUARY 1992. I, GRACE L. SANDOVAL WAS LIVING IN A THREE BEDROOM HOUSE ON NILE, SAN DIEGO, CALIFORNIA WITH ADELINA AND OTHERS. ADELINA LIVED IN LOGAN HIEGHTS IN SAN DIEGO, CALIFORNIA. ADELINA FOLLOWED ME, GRACE L. SANDOVAL ALL OVER SAN DIEGO, CALIFORNIA AND FORCED INTO MY APARTMENT ON LA MESA BLVD, LA MESA, CALIFORNIA WITH HER MALE FRIEND JON BOYES. ADELINA WAS PROVIDED WITH A KEY TO MY APARTMENT ON LA MESA BLVD, LA MESA, CALIFORNIA BY MY NIEGHBOR, LINDA YBARRA FIERRO

PAGE 20

THAT LIVED WITH ALONZO FIERRO. LINDA YBARRA FIERRO LIVED IN BRAWLEY, CALIFORNIA BEFORE SHE MOVED TO EL CAJON, CALIFORNIA TO LIVE WITH ALONZO FIERRO. LINDA YBARRA FIERRO MOTHER DEMANDED ALONZO FIERRO TO STOP DRINKING ALCOHOL AND TO HAVE SEX WITH HER DAUGHTER LINDA YBARRA FIERRO TO MARRY AND HAVE A FAMILY. LINDA YBARRA FIERRO HAD CHILDREN BORN PREMATURE WITH THE DRUG PROVERA IN BRAWLEY, CALIFORNIA EVERY YEAR WHEN SHE, LINDA YBARR FIERRO WAS A TEENAGER. LINDA YBARRA FIERRO STOLD MONEY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND ALSO STOLD MY BANK OF AMERICA STATEMENTS, BANK OF AMERICA REGISTERS, ETC. WHEN SHE, LINDA YBARRA FIERRO LIVED NEXT DOOR TO ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI ON LA MESA BLVD, LA MESA, CALIFORNIA. LINDA YBARRA FIERRO IS A PROSTITUTE IN EL CAJON, CALIFORNIA. LINDA YBARRA FIERRO IS A HEROIN ADDICT. LINDA YBARRA FIERRO IS AN ENEMY. LINDA YBARRA FIERRO PROVIDED INFORMATION ABOUT ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI TO MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO INCLUDING TO PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, LUIS CASILLAS-ROBLES, MARTY LEVINE, MICAHEL TUCK, MARIA ESPINOZA, MARIA RODRIGUEZ, BONNIE DUMANNIS, ETC. THAT LIVED IN SAN DIEGO, CALIFORNIA. LINDA YBARRA FIERRO IS A SPY FOR EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT LIVE ILLEGALLY IN SAN DIEGO, CALIFORNIA. LINDA YBARRA FIERRO SELLS HEROIN, COCAINE, ETC. TO THE PUBLIC IN EL CAJON, CALIFORNIA. LINDA YBARR FIERRO IS INVOLVED WITH THE ORPHANS FROM FALLUJAH, IRAQ AND ROBERT GARCIA IN POLYGAMY IN EL CAJON, CALIFORNIA AND SELLING HEROIN, COCAINE, ETC. ROBERT GARCIA LIVED IN MEXICALI, MEXICO. ROBERT GARCIA AND HIS FAMILY MOVED TO

PAGE 21

WESTMORLAND, CALIFORNIA.  ROBERT GARICA LIVES IN  EL CAJON,
CALIFORNIA.  ROBERT GARCIA IS JOINED THE FIERRO FAMILIES IN
SELLING HEROIN, COCAINE, ETC. TO THE PUBLIC IN EL CAJON,
CALIFORNIA.  ROBERT GARCIA IS JOINED WITH HIS BROTHER MANUEL
GARCIA AND LUPE CHAVEZ SWAIN THAT LIVE IN EL CENTRO,
CALIFORNIA  AND JOE S. REYNA, JAVIER S. REYNA IN DRUG SELLING
HEROIN, COCAINE, ETC. TO THE PUBLIC IN SAN DIEGO COUNTY,
CALIFORNIA.  JOE FIERRO JR. IS INVOLVED IN  DRUG SMUGGLING
ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE
UNITED STATES OF AMERICA. JOE FIERRO SR. AND JOE FIERRO JR.
WENT TO PRISON FOR DRUG SMUGGLING ILLEGAL DRUGS FROM
MEXICO TO THE UNITED STATES.  LINDA YBARRA FIERRO PLANNED TO
CONTINUE HAVING CHILDREN FROM HEROIN ADDICTS IN EL CAJON,
CALIFORNIA TO SUPPORT HER FAMILY IN BRAWLEY, CALIFORNIA.
LINDA YBARRA FIERRO DANCES NUDE AT THE CONDOMINIUM AT 294
CHAMBERS, #20, EL CAJON, CALIFORNIA WITH MANY OTHER DRUG
ADDICTS INCLUDING SANDRA SALAZAR MURILLO AND BECKY MARES
FIERRO.  THE CONDOMINIUM IS RENTED BY THE ORPHANS FROM
FALLUJAH, IRAQ THAT ARE INVOLVED IN POLYGAMY, WELFARE
FRAUD, SELLING ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC,
VANDALIZING CARS, BURNING THE HUMAN SKIN OF AMERICANS,
STEALING MONEY FROM BANK ACCCOUNTS, ETC.  IRMA RODRIGUEZ
CLARK IS INVOLVED IN THE CRIME WITH THE ORHPANS FROM
FALLUJAH, IRAQ IN EL CAJON, CALIFORNIA.  IRMA RODRIGUEZ CLARK
LIVES AT 510 LEHNHER AVENUE,  ESCONDIDO, CALIFORNIA. IRMA
RODRIGUEZ CLARK IS INVOLVED IN ALL THE DRUG SMUGGLING OF
ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE
UNITED STATES WITH ERNESTO NUNGARAY AND HIS SIBLINGS,
ROBERTO JR., RICARDO, HECTOR, RAMON, ETC. THAT LIVE IN
MEXICALI, MEXICO.  IRMA RODRIGUEZ CLARK IS INVOLVED WITH

PAGE 22

MARIA LEVINE NUNGARAY AND HER FOUR DAUGHTERS, ELSIE, SANDRA, DOREEN, SONIA THAT LIVE IN COMMERCE, CALIFORNIA IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. IRMA RODRIGUEZ CLARK IS INVOLVED WITH LUPE NUNGARAY PINA AND HER THREE CHILDREN, MARTIN, LIDIA AND YVONNE THAT LIVE IN WHITTIER, CALIFORNIA IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. IRMA RODRIGUEZ CLARK IS JOINED WITH HER FATHER, JOSE RODRIGUEZ AND HIS SIBLINGS, FRANCISCO, MARTHA, MARIA AND PETER THAT LIVE IN BUENA PARK, CALIFORNIA IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES. IRMA RODRIGUEZ CLARK IS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES FOR MANY PEOPLE THAT LIVE IN LA MIRADA, CALIFORNIA INVOLVED IN SELLING ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC. ALL HEROIN ADDICTS, COCAINE ADDICTS, ALCOHOLICS, ETC. ARE DEMANDED TO DO WHAT IRMA RODRIGUEZ CLARK DEMANDS. IRMA RODRIGUEZ CLARK DEMANDS ALL DRUG ADDICTS TO SAY TO MURDER ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE FOR MONEY IRMA RODRIGUEZ CLARK STOLD FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERTY, TRAILERS, CARS, EDUCATE, ETC. IRMA RODRIGUEZ CLARK PLANNED WITH MANY HEROIN ADDICTS, COCAINE ADDICTS, ALCOHOLICS, ETC. TO STEAL MONEY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERTY FOR MANY CRIMINALS IN LA MIRADA, CALIFORNIA. ALL CRIMINALS THAT HAVE STOLEN MONEY FROM ME, GRACE L.

PAGE 23

SANDOVAL AKA: GRACE S. SLALI THAT HAVE A LIEN ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI ARE DEMANED TO BE JOINED WITH THE MASACRE O.J. SIMPSON IN MURDER.  REX LESCIKA AND HIS SISTER BONNIE LESCIKA LIVED IN WESTMORLAND, CALIFORNIA BEFORE  MOVING TO LA MIRADA, CALIFORNIA. REX LESICKA IS JOINED WITH MIKE BUTLER IN THE MURDER OF MANY AMERICANS AS DEMANDED BY THE ORPHANS FROM SANTA ANA, CALIFORNIA, O.J. SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE, ETC.  THE ORPHANS FROM SANTA ANA, CALIFORNIA HAVE FALSE DEGREES AND OFFER ALL HEROIN ADDICTS FALSE DEGREES AND EMPLOYMENT AND DEMAND A PERCENTAGE OF THEIR SALARY OR INCOME.  REX LESICKA IS AN ENEMY.  REX LESICKA IS INVOLVED IN MURDER WITH BLAINE BURNETTE, MANUEL DIAZ SLALI, RAUL DIAZ, DAVID DIAZ AND MANY OTHERS THAT LIVED IN WESTMORLAND, CALIFORNIA  BEFORE MOVING TO LOS ANGELES COUNTY, CALIFORNIA. ALL PEOPLE THAT LIVED IN IMPERIAL COUNTY, CALIFORNIA BEFORE MOVING TO LOS ANGELES COUNTY, CALIFORNIA AND NEARBY AREAS ARE INVADED BY MANUEL GARCIA WITH ILLEGAL DRUGS FROM MEXICO.  THE HEROIN ADDICTS ARE DEMANDED TO CAUSE INJURIES TO THE HUMAN BRAIN AND BODY OF EVERYONE THAT LIVED IN IMPERIAL COUNTY, CALIFORNIA TO DEMAND MONEY, FOOD, ETC.  MANY PEOPLE HAVE BEEN MURDERED BY THE HEROIN ADDICTS IF THEY DO NOT PROVIDE THE AMOUNT OF MONEY, FOOD, ETC. WHEN DEMANDED BY THE HEROIN ADDICT AS THE MASACRE O.J. SIMPSON HAS CAUSED THE MURDER OF MY RELATIVES THE ESPINOZA BROTHERS, JOSE AND REY THAT LIVED ON WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. O.J. SIMPSON HAS STOLEN THOUSANDS OF UNITED STATES DOLLARS FROM ALL OF ELVIS PRESLEY RELATIVES.  O.J. SIMPSON HAS DEMAND ORPHANS TO RAPE ALL OF ELVIS PRESLEY RELATIVES AND TO FORCE

PAGE 24

ELVIS PRESLEY RELATIVES TO CARRY CHILDREN BORN PREMATURE
WITH THE DRUG PROVERA ILLEGALLY EVERY YEAR FOR YEARS. O.J
.SIMPSON DEMANDS MANY TEENAGERS TO CARRY CHILDREN BORN
PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED
STATES BY FORCING ECSTASSY INTO THE HUMAN MOUTH. O.J.
SIMPSON FORCED MY MOTHER FELOMENA AND HER CHILDREN,
GRANDCHILDREN, ETC. TO CARRY CHILDREN BORN PREMATURE WITH
THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES EVERY YEAR
FOR YEARS THAT ARE ALL KIDNAPPED AND CARED FOR IN PRIVATE
HOMES ILLEGALLY AND SOLD TO THE PUBLIC FOR MONEY
ILLEGALLY. O.J. SIMPSON IS INVOLVED IN ALL THE DRUG SMUGGLING
FROM MEXICO TO THE UNITED STATES WITH WELFARE FRAUD FROM
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY
IN THE UNITED STATES. O.J. SIMPSON DEMANDS AN ORDER OF
INJURIES TO THE VICTIMS OF RAPE THAT CARRY CHILDREN BORN
PREMATURE CHILDREN WITH THE DRUG PROVERA ILLEGALLY.
O.J. SIMPSON IS INVOLVED IN DRILLING THE HUMAN HEART OF MANY
AMERICANS THAT FILE CASES IN SUPERIOR COURTS IN CALIFORNIA
ON HIM AND OTHERS INVOLVED IN MURDER. O.J. SIMPSON IS
PROVIDED WITH THE SUBSTANCE TO INJECT IN THE HUMAN BRAIN
AND BODY TO CAUSE THE A MURDER. O.J. SIMPSON PROVIDES
SEDATION ON HEROIN ADDICTS, COCAINE ADDICTS, ALCOHLOLICS,
ETC. TO DEMAND MURDER. O.J. SIMPSON IS JOINED WITH LEONARD
FINK , PATRICK J. CLARK, ROGELIO PINA AKA: ROY, HECTOR MENDEZ,
REYES QUESADA AND MANY OTHERS IN DRILLING THE HUMAN HEART
OF MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE AND
THEIR FATHER JESSE DIAZ SLALI AND MYSELF, GRACE L. SANDOVAL
AKA: GRACE S. SLALI FOR THE LIENS ON THEIR PROPERTY FROM ME,
GRACE L. SANDOVAL AKA: GRACE S. SLALI. JOSE REYES IS A HEROIN
ADDICT, COCAINE ADDICT, ETC. AND IS DEMANDED BY EX PRISONERS

PAGE 25

FROM LA MESA PRISON, TIJUANA MEXICO, BONNIE DUMANNIS, PRISCILLA CASTILLO, SUSAN GOLDING, CINDY HEART, TERESA KINNY AKA:LEVINE, MARTY LEVINE, CAROL LEBEAU, MICHAEL TUCK, MIKE AGUIRRE AKA: LEVINE, ETC.  TO BREAK THE HUMAN BONES OF EVERYONE THAT HE, JOSE REYES HAS SEX WITH BY FORCING INTO PRIVATE HOMES ILLEGALLY.  JOSE REYES IS DEMANDED BY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO TO CAUSE THE BREAK OF MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK,CORIE NECK BONE IN SAN DIEGO COUNTY, CALIFORNIA.  MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK,CORIE IS A VICTIM OF RAPE BY THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO THAT ARE COLLECTING WELFARE FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA FOR ALL CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES.  MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK,CORIE HAS FILED MANY CASES  IN SUPERIOR COURT, 330 WEST BROADWAY, SAN DIEGO, CALIFORNIA ON ALL CRIMINALS THAT HAVE CAUSED HER MANY INJURIES TO HER HUMAN FACE AND BODY. THE LEVINE FAMILIES FROM LA MESA PRISON, TIJUANA MEXICO ARE INVOLVED IN THE HOSTAGE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA; GRACE S. SLALI IN SAN DIEGO COUNTY, CALIFORNIA.  JOSE REYES IS INVOLVED WITH THE EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO INCLUDING HIS WIFE, ROSARIO REYES AND MANY OTHERS FROM LA MESA PRISON, TIJUANA MEXICO INCLUDING BONNIE DUMANNIS, MIKE AGUIRRE AKA;LEVIE, MARTY LEVINE, TERESA KINNY AKA: LEVINE, LUPE CONCHOLA AKA: LEVINE, MICHAEL TUCK, ETC. IN THE STEALING OF ALL OF MY MONEY, FURNITURE, APPLIANCES, CLOTHES, SHOES, GOLD, TOYS, CARS, ETC.  THE LEVINE ORPHANS FROM LA MESA PRISON,

PAGE 26

TIJUANA MEXICO DO NOT ADMIT TO BEING ORHPANS AND SAY
SLANDER ABOUT THEIR PARENTS THAT THEY ARE NOT ABLE TO
PROVE. THE LEVINE FAMILIES BELIEVE THAT THEY HAVE THE RIGHT
TO STEAL EVERYTHING FROM ME, GRACE L. SANDOVAL AKA: GRACE
S. SLALI. JOSE REYES HAS A ORPHAN FEMALE FRIEND FROM NEW
JERSEY EMPLOYED AT THE DISTRICT ATTTORNEY THAT IS A SPY FOR
THE ORPHANS FROM NEW JERSEY. JOSE REYES IS A SPY FOR THE
GROUP OF PEOPLE THAT HAVE LIENS ON THEIR PROPERTY FROM ME,
GRACE L. SANDOVAL AKA: GRACE S. SLALI. THE ORPHANS FROM NEW
JERSEY INCLUDING JOSE REYES STOLD MONEY FROM ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI BANK OF AMERICA ACCOUNT AND
OTHER BANK ACCOUNTS TO PURCHASE REAL PROPERTY IN SAN
DIEGO, CALIFORNIA. O.J. SIMPSON IS JOINED WITH MANY EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO
INCLUDING MIKE LEVINE AND HIS DAUGHTER KATHY LEE GIFFORD
AKA: LEVINE IN DEMANDING TO CAUSE INJURIES AND MURDER TO
MANY AMERICANS IN CALIFORNIA. LUPE NUNGARAY PINA HAS
COMMUNCATION WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA
INCLUDING O.J. SIMPSON AND THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO, PRISCILLA CASTILLO, SUSAN GOLDING,
ETC. TO DEMAND SPECIFIC PERSONS TO BE ATTACKED AND
MURDERED. THE MASACRES ARE DEMANDED TO CAUSE SPECIFIC
INJURIES INCLUDING MURDER IN THEIR PRIVATE HOMES BY
INJECTING LIDOCAINE IN THE HUMAN SPLEEN TO CAUSE THE HUMAN
BODY TO SWELL ENORMOUSLY. MY DAUGHTER CORINA SANSDOVAL
SLALI AKA; PECK, CORIE IS A HOSTAGE BY JEROME PECK AND HIS
FATHER RANDY PECK AND THEIR RELATIVE KATHRYN JEAN
YAVENDITTI AKA: KATE. KATHRYN JEAN YAVENDITTI AKA: KATE HAS
PLANNED THE MURDER OF JESSE DIAZ SLALI AND OUR SON ALI SLALI
AKA: SAIFY. KATHRYN JEAN YAVENDITTI AKA: KATE HAS PLANNED

PAGE 27

THE HOSTAGE OF MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO WITH HER RELATIVE SARA BARNHART AND HER
HUSBAND STEVE BARNHART AND THEIR SON BENJAMIN BARNHART
AND ALSO THIER RELATIVE JEFFREY THAT LIVES IN LEUCADIA,
CALIFORNIA. IRMA RODRIGUEZ CLARK IS JOINED WITH KATHRYN
JEAN YAVENDITTI AKA:KATE IN THE KIDNAP, RAPE, HOSTAGE OF MY
TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE  AND
MYSELF, GRACE L. SANDOVAL IN SAN DIEGO COUNTY, CALIFORNIA.
KATHRYN JEAN YAVENDITTI AKA:KATE PLANNED THE INJURY TO MY
RIGHT LUNG ON AUGUST 18, 1982 AT FASHION VALLEY MALL, SAN
DIEGO, CALIFORNIA WITH PRISCILLA CASTILLO, SUSAN GOLDING,
ROBERT GOODMAN SR., LINDA YBARRA FIERRO, SANDRA SALAZAR
MURILLO, IRMA RODRIGUEZ CLARK, ETC.  KATHRYN JEAN
YAVENDITTI AKA: KATE IS MANSLAUGHTER TO MY TWO DAUGHTERS
PRISCELLA AND CORINA AKA: CORIE AND MYSELF, GRACE FOR MANY
YEARS BY INJECTING SEDATION WHEN ATTACKING AS SHE HAS
CAUSED THE MURDER OF MANY INCLUDING A FEMALE AT SAN DIEGO
STATE UNIVERSITY, SAN DIEGO, CALIFORNIA WHEN I, GRACE L.
SANDOVAL WAS A STUDENT.  KATHRYN JEAN YAVENDITTI AKA: KATE
WAS JOINED WITH TERESA PLAYER AT SAN DIEGO STATE UNIVERSITY,
SAN DIEGO,CALIFORNIA TO CAUSE THE MURDER OF A FEMALE THAT
WAS SELLING FASHION JEWELRY.  TERESA PLAYER WAS THE
INSTRUCTOR AT SAN DIEGO STATE UNIVERSITY, SAN DIEGO,
CALIFORNIA THAT SAID SHE WASA JOINED WITH A GROUP THAT HAD
CANCER INCLUDING THE ORPHANS FROM SANTA ANA, CALIFORNIA,
PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE.  TERESA PLAYER
SAID SHE ALSO HAD CANCER.  TERESA PLAYER SAID THAT SHE ONLY
HAD HALF OF HER HUMAN BRAIN. TERESA PLAYER SAID THAT SHE
HAD A FEMALE SEX ORGAN AND WOULD TAKE HER UNDER OFF FOR

PAGE 28

THE ENTIRE CLASSROOM TO VIEW HER, TERESA PLAYER WITHOUT UNDER WEAR. TERESA PLAYER SAID SHE KNEW EL CAJON BLVD, SAN DIEGO, CALIFORNIA SINCE SHE, TERESA PLAYER WAS A YOUNG TEENAGER AND WAS A PROSTITUTE TO MANY MALES THAT LIVED NEAR. TERESA PLAYER TOLD THE CLASSROOM THAT THEY WOULD INVADED ALL STUDENTS INCLUDING MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI TO STEAL MONEY, FOOD, ETC. FROM ME. I, GRACE L. SANDOVAL DID NOT AGREE WITH TERESA PLAYER AND HER THREATS IN CLASSROOM. I, GRACE L. SANDOVAL REPORTED ALL THREATS AND MISDONDUCT TO THE SAN DIEGO STATE POLICE AND DEAN'S OFFICE, ETC. I, GRACE L. SANDOVAL AM NOT AN ILLEGAL. TERESA PLAYER WAS INVOLVED WITH BAP RUSSO AKA: BAPSI SLALI AND HER EX HUSBAND RUSSELL GLAMIN AKA: RUSS, RUSSO THAT BOTH HAD AIDS, CANCER, ETC. AND WERE INVOLVED IN THE DRUG SMUGGLING OF ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES WITH THE GERMAN ROBERT GOODMAN SR. THAT LIVES IN OCEANSIDE, CALIFORNIA AND MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO INCLUDING PRISCILLA CASTILLO, SUSAN GOLDING THAT WERE EMPLOYED PICKING WATERMELON NEAR WESTMORLAND, CALIFORNIA. THE EX PRISONERS, PRISCILLA CASTILLO, SUSAN GOLDING, ETC. FROM LA MESA PRISON, TIJUANA MEXICO WOULD VISIT MANY EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO IN MEXICALI, MEXICO, BONNIE DUMANNIS, DIANE FIENSTIEN, MARYANN BOBIT, MANUEL GARCIA, ROBERT GARCIA, MARTY LEVINE, MICHAEL TUCK, CAROL LEBEAU, ETC. THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE INVOLVED WITH MANY ORPHANS FROM THE UNITED STATES, ORPHANS FROM FALLUJAH, IRAQ, ORPHANS FROM THE COUNTRY INDIA, ETC. THE ORPHANS FROM NEW JERSEY, ERIC WARREN, J. STEVEN POCETA, TERESA SAVARESE, ETC. ARE INVOLVED

PAGE 29

WITH JOSE REYES AND HIS MOTHER, STEP FATHER, TWO SISTERS IN
PROVIDING INFORMATION TO ALL EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO TO LIVE ILLEGALLY IN THE UNITED STATES
AND TO OBTAIN FALSE DEGREES AND EMPLOYMENT WITH FALSE
DEGREES IN THE UNITED STATES TO BE SPIES FOR THE GOVERNMENT
IN MEXICO.  THE EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO ARE JOINED WITH THE GERMAN, ROBERT GOODMAN SR. AND
HIS RELATIVES IN WELFARE FRAUD, STEALING CARS, SELLING
STOLEN CARS, FICTITOUS IDENTIFICATIONS FROM THE DEPARTMENT
OF MOTOR VEHICLES, DRUG SMUGGLING, STEALING FURNITURE,
APPLIANCES, GOLD, CLOTHES, SHOES, TOYS, ETC. FROM AMERICANS
TO PAY FOR THEIR HEROIN ADDICTION, COCAINE ADDICTION,
ALCOHOL, ETC. THE GERMAN, ROBERT GOODMAN SR. IS PROVIDED
WITH SEDATION TO USE WHEN ATTACKING, RAPE, DRILLING HOLES IN
THE HUMAN BONES AND HEART, WHEN STEALING FOOD, WHEN
BURNING THE HUMAN BODY, WHEN CRACKING AND BREAKING
HUMAN BONES IN THE HUMAN BODY, TAKING LARGE AMOUNTS OF
HUMAN FLUID FROM THE HUMAN BRAIN AND BODY, TAKING LARGE
AMOUNTS OF HUMAN BLOOD FROM THE HUMAN BODY, ETC.  JOSE
REYES HAS AN AFFAIR WITH ELSIE LEVINE NUNGARAY THAT LIVES ON
COUNTS, COMMERCE, CALIFORNIA.  ELSIE LEVINE NUNGARAY FORCES
INTO PRIVATE HOMES TO HAVE A STOOL IN THE HUMAN FACE.  ELSIE
NUNGARAY HAS CAUSED MURDER BY HAVING A STOOL IN THE HUMAN
MOUTH OF VICTIMS IN PRIVATE HOMES.  ELSIE LEVINE NUNGARAY IS
A MASACRE.  ELSIE LEVINE NUNGARAY AND HER SIBLINGS, SANDRA,
DOREEN AND SONIA ARE INVOLVED IN MURDER OF MANY AMERICANS
IN LOS ANGELES COUNTY, CALIFORNIA.  ELSIE NUNGARAY IS JOINED
WITH BAP RUSSO AKA: BAPSI SLALI AND HER SON BORN OUT OF
WEDLOCK IN STEALING MONEY FROM BANK ACCOUNTS, STEALING
FURNITURE, STEALING GOLD, ETC. ELSIE LEVINE NUNGARAY IS

PAGE 30

JOINED WITH IRMA RODRIGUEZ CLARK IN PROSTITUTION IN VARIOUS
COUNTIES IN CALIFORNIA. ELSIE LEVINE NUNGARAY MOTHER, MARIA
LEVINE NUNGARAY IS A ALCOHOLC, DRUG ADDICT THAT PLANNED
THE MURDER OF HER HUSBAND RAMON NUNGARAY WITH HER
BROTHER MIKE LEVINE AND HIS DAUGHTER KATHY LEE GIFFORD
AKA: LEVINE BY INJECTING HIS, RAMON NUNGARY HUMAN LIVER
WITH A HARMFUL SUBSTANCE.  IRMA RODRIGUEZ CLARK IS
INVOLVED WITH ALL THE ALCOHOLICS IN TAKING FLUID FROM THE
HUMAN LIVER OF AMERICANS BY FORCING INTO PRIVATE HOMES.
IRMA RODRIGUEZ CLARK HAS TAKEN FLUID FROM MY HUMAN LIVER
AND HAS ALSO TAKEN FLUID FROM MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA; PECK,CORIE AND THEIR FATHER JESSE DIAZ SLALI
BEFORE HE DIED ON SEPTEMBER 6,2007.  IRMA RODRIGUEZ CLARK
DEMANDS ALL HEROIN ADDICTS TO FORCE INTO MY HOME TO STEAL
MONEY FROM MY BANK ACCOUNT.  IRMA RODRIGUEZ CLARK
PROVIDES HEROIN ADDICTS WITH HOUSE KEYS, CAR KEYS, ETC. TO
FORCE INTO MY HOME AND CAR ILLEGALLY TO STEAL AND TO
VANDALIZE MY CAR, ETC.  IRMA RODRIGUEZ CLARK HAS BEEN
REPORTED FOR FOLLOWING ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI AND ALSO FOLLOWING MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE AND ASSAULTING US WITH A  HANDGUN.
IRMA RODRIGUEZ CLARK IS JOINED CRIME IN SAN DIEGO COUNTY,
CALIFORNIA, LOS ANGELES COUNTY, IMPERIAL COUNTY, MEXICO
WITH JOSE REYES AND ALL HIS ORPHAN FRIENDS FROM NEW  JERSEY
INCLUDING JENNIFER DEBLASE AKA: HILL AND HER MALE FRIEND
IMPOSTER OF J.F.K. JR. THAT LIVES WITH JENNIFER DEBLASE  HILL IN
ESCONDIDO, CALIFORNIA.  JOSE REYES IS INVOLVED WITH STEPHANIE
SONTAG AKA: WINEHART AND MANY OTHERS THAT HAVE FALSE

PAGE 31

DEGREES IN THE RAPE OF MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK,CORIE INCLUDING MY SISTER IRMA SANDOVAL
PERAZA AND HER DAUGHTER VANESA SANDOVAL PERAZA THAT LIVE
ON "D' STREET, WESTMORLAND, CALIFORNIA. STEPHANIE SONTAG
AKA: WINEHART IS JOINED WITH CARLOTA S. REYNA AND HER THREE
CHILDREN INCLUDING LUPE CHAVEZ SWAIN IN THE RAPE OF MANY
AMERICANS IN THE UNITED STATES. MY MOTHER FELOMENA N.
DUTRA AKA: SANDOVAL IS INVADED BY ALL THE LEVINE FAMILIES IN
WESTMORLAND, CALIFORNIA THAT HAVE HER, FELOMENA N. DUTRA
HUMAN FOREHEAD DRILLED AND PICKED TO DEMAND MONEY, FOOD,
ETC. STEPHANIE SONTAG AKA: WINEHART DOES NOT HAVE THE
LEGAL RIGHT TO RAPE MY MOTHER, FELOMENA N. DUTRA AND HER
FIVE CHILDREN, GRANDCHILDREN, ETC. STEPHANIE SONTAG AKA:
WINEHART IS JOINED IN PLANNING THE MURDER OF MANY OF THE
STAR, ELVIS PRESLEY RELATIVES FOR REPORTING THE CRIMINALS
AND FOR FILING CASES IN SUPERIOR COURTS IN CALIFORNIA, ETC.
STEPHANIE SONTAG AKA: WINEHART IS NOT EDUCATED. STEPHANIE
SONTAG AKA: WIENHART IS INVOLVED WITH JOE S. REYNA AND THE
FIERRO FAMILIES IN EL CAJON, CALIFORNIA IN DRUG SMUGGLING
ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE
UNITED STATES. STEPHANIE SONTAG AKA: WINEHART IS INVOLVED IN
ALL THE MURDER BY POLIMINO MIRAMONTES AKA: POLI AND HIS
SIBLINGS IN VARIOUS COUNTIES IN CALIFORNIA. STEPHANIE SONTAG
AKA: WIENHART IS INVOLVED WITH THE MASACRE LEONARD FINK IN
ALL INJURIES CAUSED BY LEONARD FINK TO MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA> BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK,CORIE AND MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI. LEONARD FINK IS DRILLING THE
HUMAN HEART, OPERATING DIALYSIS MACHINES ILLEGALLY IN

PAGE 32

PRIVATE HOMES TO TAKE LARE AMOUNTS OF HUMAN BLOOD
ILLLEGALLY FROM MY TWO DAUGHTERS PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:
PECK,CORIE AND MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI
FOR HIS, LEONARD FINK, STEPHANIE SONTAG AKA:WINEHART, ETC.
CANCER IN THE HUMAN BLOOD. STEPHANIE SONTAG AKA: WINEHART
IS HANDICAPPED. STEPHANIE SONTAG AKA: WINEHART HAS MANY
LIMBS ON HER HUMAN BODY REMOVED INCLUDING HER HUMAN EYE.
STEPHANIE SONTAG AKA: WINEHART IS JOINED WITH THE ORPHAN
FROM FALLUJAH, IRAQ, LORNA ALKFNE AKA: ALKSNE IN TAKING
LARGE AMOUNTS OF HUMAN BLOOD ILLEGALLY FROM MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF,
GRACE L. SANDOVAL AKA: GRACE S. SLALI AND JESSE DIAZ SLALI
BEFORE HE DIED ON SEPTEMBER 6,2007. LORNA ALKFNE AKA: ALKSNE
IS ALSO HANDICAPPED. LORNA AKFNE AKA: ALKSNE HAS BODY PARTS
REMOVED INCLUDING HER HUMAN EYE. LORNA ALKFNE AKA:
ALKSNE HAS AIDS, CANCER,ETC. AND IS A ALCOHOLIC, DRUG ADDICT.
JOSE REYES IS DEMANDED TO MURDER ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI
AKA:PECK, CORIE FOR THE CASES FILED IN SUPERIOR COURT, SAN
DIEGO, CALIFORNIA. THE ORPHANS FROM SAN DIEGO, CALIFORNIA
INCLUDING TERESA PLAYER, ANDREW CAMERON, JAN, RICHARD
PARELA, ETC. ARE INVOLVED IN PROVIDING PSYCH MEDICATIONS TO
THE PUBLIC ILLEGALLY FROM AN ELDERLY RETIRED
PSYCHIATRIST,DALE FARABEE THAT LIVES ON WOODLAWN, CHULA
VISTA, CALIFORNIA. JOSE REYES IS DEMANDED TO DO CRIME BY THE
LEVINE FAMILIES THAT LIVES IN CHULA VISTA, CALIFORNIA
INCLUDING MIKE AGUIRRE AKA: LEVINE. JOSE REYES IS DEMANED BY

PAGE 33

THE LEVINE FAMILIES TO MURDER OF ALL HIS FRIENDS THAT HE, JOSE REYES HAS SEX WITH INCLUDING HIS EX WIVES THAT LIVES IN SAN DIEGO COUNTY, CALIFORNIA. JOSE REYES IS DEMANDED TO VANDALIZE CARS BY PETER GALLAGHER AKA: GALLA, AN INDIAN THAT LIVES IN YUMA, ARIZONA BEFORE MOVING TO BRAWLEY, CALIFORNIA. PETER GALLAGHER AKA: GALLA LIVES AT BANKER HILL COMPLEX, QUINCE STREET, SAN DIEGO, CALIFORNIA WITH LAURA J. BIRKMEYER AKA: KELLY BIRK. LAURA J. BIRKMEYER AKA: KELLY BIRK LIVED IN WESTMORLAND, CALIFORNIA WITH HER RELATIVES THE GINNIS FAMILY. PETER GALLAGHER AKA: GALLA IS JOINED WITH STEPHANIE SONTAG AKA: WINEHART, DONALD HILDRE, PRISCILLA CASTILLO, SUSAN GOLDING, LORNA ALKFNE AKA: ALKSNE IN VANDALIZING CARS, STEALING CARS, SELLING STOLEN CARS TO THE PUBLIC ILLEGALLY FOR MONEY, ETC. WITH JOE S. REYNA, HIS BROTHER JAVIER S. REYNA, ROBERT ARAUJO, RUBEN ARAUJO, MARK MEYERS, ETC. THAT HAVE BEEN EMPLOYED FOR CAR DEALERS IN THE PAST. JOSE REYES IS DEMANDED BY THE LEVINE FAMILY TO FORCE INTO MY PLACE OF EMPLOYMENT, PRIVATE HOME, PUBLIC, ETC. TO SEDATE ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND TO HAVE SEX WITH ME. JOSE REYES TELLS ME THAT HE IS MARRIED AND THAT HE IS INFECTED. JOSE REYES HAS MANY PROBLEMS WITH MY RELATIVES THAT HAVE CAUSED HIM, JOSE REYES MANY INJURIES AND HAVE STOLEN FROM HIM. JOSE REYES IS DEMANED BY ELSIE LEVINE NUNGARAY TO MURDER ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI. ELSIE LEVINE NUNGARAY IS DEMANDING JOSE REYES TO MURDER MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE. LUPE NUNGARAY PINA IS DEMANDING HER CHILDREN BORN PREMATURE IN MEXICALI, MEXICO THAT LIVED IN LA MESA PRISON, TIJUANA MEXICO AND NOW LIVE IN SAN DIEGO COUNTY, CALIFORNIA

PAGE 34

TO MURDER ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY
TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE. IRMA
RODRIGUEZ CLARK AKA: NATLIE MAXWELL, DISSELKOWEN IS
DEMANDING JOSE REYES AND HIS ORPHAN FRIENDS FROM NEW
JERSEY AND ALL OTHER ORPHANS ADDICTED TO HEROIN, COCAINE,
ETC. TO MURDER ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND
MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE. JOE S.
REYNA AND HIS BROTHER JAVIER S. REYNA ARE DEMANDED BY LUPE
CHAVEZ SWAIN AND CHRISTINA REYNA ENRIQUEZ, MELISSA REYNA
ENRIQUEZ LAZAROTTO, MANUEL GARCIA, MARYLAND GARCIA,
ROBERT GARCIA, TERESA KINNY AKA: LEVINE, PETER GALLAGHER
AKA: GALLA, LAURA J. BIRKMEYER AKA: KELLY BIRK, LINDA QUINN, J.
STEVEN POCETA AND MANY OTHERS THAT HAVE FALSE DEGREES AND
HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL
AKA: GRACE S. SLALI,  TO MURDER MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA:
GRACE S. SLALI. THE GROUP OF MASACRES INVOLVED IN MURDER
WITH O.J. SIMPSON AND OTHERS  ARE HEARD BY SPEAKER IN SAN
DIEGO COUNTY, CALIFORNIA AND OTHER COUNTIES IN CALIFORNIA
THAT ARE DEMANDING TO MURDER ME AND MY FAMILY FOR THE
CASES FILED IN SUPERIOR COURT, SAN DIEGO, CALIFORNIA.  ALL
HEROIN ADDICTS ARE DEMANDED TO SAY TO MURDER ALL VICTIMS
OF CRIME THAT HAVE FILED CASES IN SUPERIOR COURT, SAN DIEGO,
CALIFORNIA.  JOSE REYES IS DEMANDED TO SAY TO THE PUBLIC TO
MURDER ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI.  A MINERAL
SOLD IN MEXICO OVER THE COUNTER IN DRUG STORES, ASLAVIT,

PAGE 35

PROVACID, ETC. IS SOLD TO MANY HEROIN ADDICTS IN THE UNITED STATES TO PROVIDE ENERGY.  ILLEGALS FROM MEXICO ARE DEMANDED TO INJECT THE MINERAL, ASLAVIT, PROVACID, ETC. FROM MEXICO IN THE HUMAN SPLEEN AND OTHER PARTS OF THE HUMAN BODY  IN AMERICANS TO CAUSE AMERICANS TO HAVE A RAPID IMPULSE OR RUSH TO THE HUMAN BRAIN TO REACT VIOLENTLY. GILBERT OTERO IS THE DISTRICT ATTORNEY IN EL CENTRO,CALIFORNIA.  GILBERT OTERO HAS A FALSE ATTORNEY DEGREE.  GILBERT OTERO DEMANDS HEROIN ADDICTS TO INJECT THE HUMAN EYE WITH LIDOCAINE TO CAUSE REMOVAL OF HUMAN EYE. GILBERT OTERO IS DEMANDING HEROIN ADDICTS INCLUDING JOSE REYES  TO INJECT MY HUMAN EYES AND TO LEAVE ME, GRACE L. SANDOVAL BLIND FOR FILING CASES IN SUPERIOR COURT, SAN DIEGO, CALIFORNIA.  JOSE REYES CARRIED LIDOCAINE WITH HIM AT ALL TIMES.  JOSE REYES IS DEMANDED TO INJECT LIDOCAINE IN MY HUMAN ESOPHAGUS TO CAUSE SUFFOCATION.  JOSE REYES HAS INJECTED ME, GRACE L. SANDOVAL WITH LIDOCAINE IN MY HUMAN EYE, ESOPHAGUS, SPLEEN, HEART, ETC.   JOSE REYES IS DEMANDED TO CAUSE MY RIGHT HIP BONE TO BREAK BY MANY HEROIN ADDICTS INCLUDING ELSIE LEVINE NUNGARAY, TERESA KINNY AKA:LEVINE, LUPE NUNGARAY PINA, IRMA RODRIGUEZ CLARK, TERESA SAVARESE, ROSARIO REYES, LINDA QUINN, LAURA J. BIRKMEYER AKA: KELLY BIRK, JANIS L. SAMARTINO, ETC. JOSE REYES HAS BURNED BY HUMAN BODY BY COATING MY HUMAN BODY WITH CIGARETTE LIGHTER AND IGNITING MY HUMAN BODY ON FIRE TO BURN. JOSE REYES IS DEMANDED BY LORNA ALKFNE AKA: ALKSNE TO BURN MY HUMAN BODY AND OTHER ORPHANS FROM FALLUJAH, IRAQ.  JOSE REYES IS DEMANDED BY ERNESTO NUNGARAY AND HIS BROTHER, ROBERTO NUNGARAY SR., ELEANOR CONTRERAS, FELOMENA NUNGARAY DUTRA AKA: SANDOVAL, IRMA MENDIBLES, SERGIO SANDOVAL, MANUEL

PAGE 36

GARCIA, ROBERT GARCIA, IRMA RODRIGUEZ CLARK, LUPE NUNGARAY
PINA, ETC. TO TAKE FLUID FROM ME, GRACE L. SANDOVAL AKA:
GRACE S. SLALI HUMAN BRAIN AND BODY AND ALSO TO INJECT A
SUBSTANCE IN MY HUMAN BRAIN TO CAUSE MY HUMAN BRAIN SKIN
AND SCALP TO PEEL OFF AND CAUSE DEEP SKIN TEARS AS DONE TO
MANY PEOPLE AFTER DRILLING THE HUMAN FOREHEAD. I,. GRACE L.
SANDOVAL AKA: GRACE S. SLALI AM NOT INVOLVED IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES.  ERNESTO NUNGARAY IS AN ENEMY.
ERNESTO NUNGARAY IS INVOLVED WITH ALL HEROIN ADDICTS IN SAN
DIEGO, CALIFORNIA IN DEMANDING HEROIN ADDICTS TO INJECT ME,
GRACE L. SANDOVAL HUMAN BODY AND BRAIN WITH A SUBSTANCE
THAT CAUSES REMOVAL OF HUMAN SKIN AND SCALP TO CAUSE DEEP
SKIN TEARS IN THE HUMAN BRAIN AND BODY. JENNIE KIM LIVES IN
BRAWLEY, CALIFORNIA. JENNIE KIM IS ANITA FAROL SISTER.
JENNIER KIM HAS A FALSE MEDICAL DOCTORS DEGREE.  JENNIE KIM
VISIT PATIENTS AT PROMISE HOSPITAL, UNIVERSITY AVENUE, SAN
DIEGO, CALIFORNIA.  JENNIE KIM HAS INJECTED ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI HUMAN BODY WITH SUBSTANCE TO
CAUSE MY HUMAN SKIN TO PEEL AND ALSO TO CAUSE DEEP SKIN
TEARS.  JENNIE KIM IS JOINED WITH ARTURO VALERRAMA AND
GABRIEL SANCHEZ ALDANA THAT ALSO HAVE FALSE MEDICAL
DOCTORS DEGREES,  IN INJECTING ME, GRACE L. SANDOVAL  AKA:
GRACE S. SLALI WITH HARMFUL SUBSTANCES WHILE EMPLOYED AT
SCRIPPS HOSPITAL, CHULA VISTA, CALIFORNIA.  JOSE REYES MOTHER
LIVES IN BRAWLEY, CALIFORNIA WITH MARIA GAXIOLA AND JOSE
REYES STEP FATHER.  JOSE REYES MOTHER IS PICKING THE HUMAN
FOREHEAD OF MY MOTHER FELOMENA N. DUTRA AND HER HUSBAND
FRANK DUTRA TO DEMAND MONEY, FOOD, ETC.  JOSE REYES IS
FORCING INTO MY MOTHER FELOMENA N. DUTRA HOME WITH

PAGE 37

TERESA KINNY AKA:LEVINE TO PICK MY MOTHER FELOMENA N. DUTRA HUMAN FOREHEAD TO DEMAND MONEY, FOOD, ETC. JOSE REYES IS JOINED WITH O.J. SIMPSON AND MANY MASACRES IN PICKING THE HUMAN FOREHEAD AFTER THE HUMAN FOREHEAD HAS BEEN DRILLED TO DEMAND MONEY, FOOD,ETC. JOSE REYES, ELEANOR CONTRERAS SANCHEZ, POLIMINO MIRAMONTES AKA: POLI, SYLVIA ARAUJO MIRAMONTES, TONI VERDUZCO, LINDA YBARRA FIERRO, SANDRA SALAZAR MURILLO, JUAN CESENA, TANIA MILLER, ETC. HAVE TUBERCULOSIS. JOSE REYES HUMAN SEX ORGAN IS INFECTED BY HAVING ANAL SEX WITH MANY WOMEN THAT DO NOT HAVE A UTERUS INCLUDING HIS PAST WIVES THAT HE, JOSE REYES CONTINUES TO HAVE SEX WITH. JOSE REYES HAS A SUBSTANCE FROM THE INFECTION NEAR HIS MALE SEX ORGAN THAT IS REQUIRED TO BE WIPED OR CLEANED OFTEN. JOSE REYES IS DEMANDED TO SPREAD HIS INFECTION FROM HIS MALE SEX ORGAN INTO THE HUMAN MOUTH OF EVERYONE THAT HE, JOSE REYES HAS SEX WITH. JOSE REYES IS DEMANDED TO FORCE IN MY HUMAN MOUTH THE FLUID FROM HIS INFECTION NEAR HIS MALE SEX ORGAN. I, GRACE L. SANDOVAL DO NOT AGREE TO HAVE SEX WITH ANYONE THAT IS INFECTED WITH SEXUALLY TRANSMITTED DISEASES. I, GRACE L. SANDOVAL ALWAYS USE PROTECTION WHEN HAVING SEX WITH A MALE. I, GRACE L. SANDOVAL AM NOT INFECTED WITH ANY DISEASES. I, GRACE L. SANDOVAL PLAN TO REMAIN FREE FROM ALL DISEASES THAT THE CRIMINALS ARE SPREADING TO THE PUBLIC BY SAYING THAT IT IS THE END OF THE WORLD AND EVERYONE NEEDS TO DIE NOW. MARTHA G. ROBLES IS INVOLVED IN HAVING SEX WITH MANY MALES THAT HAVE SPREAD THEIR ORAL CANCER TO MARTHA G. ROBLES. MARTHA G. ROBLES AND OTHERS THAT HAVE ORAL CANCER ARE DEMANDED TO SPREAD THEIR ORAL CANCER TO THE PUBLIC INCLUDING TO MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI

PAGE 38

AKA:BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE AND MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI. IRMA MENDIBLES IS FORCING RUDY CHAVARRIA, ARTHUR GRIJALVA, ERNESTO ESPITIA, JOE CRUZ, JUAN CESENA AND MANY OTHERS IN MY MOTHER FELOMENA N. DUTRA HOME AND IN MY PRIVATE HOME IN SAN DIEGO COUNTY, CALIFORNIA TO FORCE THEIR INFECTED SEX ORGAN IN MY HUMAN MOUTH TO CAUSE ORAL CANCER, ETC. IRMA MENDIBLES DID THE SAME CRIME OF FORCING HER INFECTED MALE FRIENDS IN THE HOUSE OF JESSE DIAZ SLALI MOTHER HOME IN WESTMORLAND, CALIFORNIA WHEN JESSE DIAZ SLALI LIVED IN WESTMORLAND, CALIFORNIA AND TO FORCE THEIR INFECTED MALE SEX ORGAN IN THE HUMAN MOUTH OF JESSE DIAZ SLALI TO CAUSE ORAL CANCER, ETC. IRMA MENDIBLES IS AN ENEMY. IRMA MENDIBLES LIVES IN MEXICALI, MEXICO NEAR THE ALL AMERICAN CANAL FOR MANY YEARS. IRMA MENDIBLES IS AN ILEGAL FROM MEXICALI, MEXICO. IRMA MENDIBLES HAS A FALSE DEGREE. JOSE REYES AND IRMA MENDIBLES HAD SEX IN MEXICALI, MEXICO FOR YEARS. JOSE REYES IS ALSO INVOLVED WITH CARMEN GAXIOLA IN THE SEDATING ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI IN LOS ANGELES COUNTY, CALIFORNIA TO BE RUNNED OVER BY ROGELIO PINA AKA: ROY IN HIS WASTE MANGEMENT TRUCK. JOSE REYES IS IN COMMUNICATION WITH GLORIA GAXIOLA IN LA MIRADA, CALIFORNIA THAT SELLS ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC AND ALSO IN PROVIDING HER, GLORIA GAXIOLA WITH HARMFUL SUBSTANCE, PSYCH MEDICATION, ETC. FROM THE LEVINE FAMILY, ORPHANS FROM SAN DIEGO, CALIFORNIA INCLUDING JAN THAT WAS EMPLOYED AS A RECEPTIONIST FOR DOCTOR DALE FARABEE, LEWIS, SAN DIEGO, CALIFORNIA IN 1982. I, GRACE L. SANDOVAL WANT ALL HEROIN ADDICTS TO STAY OUT OF MY HOME, CAR, AND AWAY FROM ME AND MY FAMILY AT ALL TIMES.

PAGE 40

JOSE REYES IS INVOLVED IN PROVIDING INFORMATION TO HIS SIBLIGNS IN HOBOKEN, NEW JERSEY ON ALL CRIME HAPPENING IN CALIFORNIA. JOSE REYES SIBLINGS IN HOBOKEN, NEW JERSEY ARE INVOLVED IN THE DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM MEXICO TO THE UNITED STATES AND IN SELLING ILLEGAL DRUGS FROM MEXICO TO AMERICANS IN THE EAST COAST. JOSE REYES SIBLINGS ARE INFORMED OF ALL CRIME AND THE ORDER OF ALL CRIME PLANNED FOR VICTIMS OF RAPE INCLUDING MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA:GRACE S. SLALI. JOSE REYES IS AWARE OF ALL CRIME AND MURDER IN BRAWLEY, CALIFORNIA. JOSE REYES IS IN COMMUNICATION WITH MANY HEROIN ADDICTS IN BRAWLEY, CALIFORNIA TO CAUSE MURDER BY: CONNIE DIAZ SLALI CERVANTES STOKELY AKA: CONI, STELLA CERVANTES SANDOVAL, ROSARIO OTERO, LUPE CHAVEZ SWAIN, REYES QUESADA, CYNTHIA CARDENAS QUESADA, JOSE REYES MOTHER, IRMA MENDIBLES, MANUEL GARCIA, DONNY LAZAROTTO JR., ERNESTO ESPITIA, MARIO MORENO, ARTHUR GRIJALVA, ARTHUR GRIJALVA, JOE CRUZ, JOE MORENO, RAUL RODRIGUEZ, RICARDO CASTANEDA, MARYLAND GARCIA, ETC. IRMA MENDIBLES PLANNED THE MURDER OF MANY PEOPLE BY INJECTING LIDOCAINE IN VARIOUS PARTS OF THE HUMAN BODY. IRMA MENDIBLES HAS INVADED MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL WITH ANDRES SANDOVAL AND HIS SIBLINS, ROQUE SANDOVAL, CARLOTA S. REYNA, DOMINGO SANDOVAL, ETC. THAT LIVE IN WESTMORLAND, CALIFORNIA AND MEXICALI, MEXICO. IRMA MENDIBLES IS DEMANDING MY MOTHER FELOMENA N. DUTRA AND HER EX HUSBAND ANDRES SANDOVAL AND HIS SIBLINGS TO MURDER FRANK DUTRA TO STEAL ALL HIS MONEY COLLECTED IN COURT. TERESA KINNY AKA: LEVINE IS JOINED IN PLANNING THE MURDER OF

PAGE 41

FRANK DUTRA WITH HER HUSBAND LUIS CONCHOLLA RELATIVE,
DELIA AMBRIZ THAT LIVES NEXT DOOR TO MY MOTHER FELOMENA N.
DUTRA ON FIRST STREET, WESTMORLAND, CALIFORNIA AND ALSO
THE EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO, FRED
BELTRAN THAT IS THE CHIEF OF POLICE IN WESTMORLAND,
CALIFORNIA. WILLLIAM LANSDOWNE AKA: STEMPLE CAUSED THE
MURDER OF FRANK DUTRA FATHER IN SANTA ANITA, CALIFORNIA.
FRANK DUTRA AND HIS FAMILY WERE INVADED BY THE STEMPLE
FAMILY THAT ALSO CAUSED THE MURDER OF A DAUGHTER BORN OUT
OF WEDLOCK FROM MY MOTHER FELOMENA N. DUTRA NAMED AMY.
IRMA RODRIGUEZ CLARK WAS DEMANDED BY HER MOTHER,
CHRISINTA NUNGARAY RODRIGUEZ TO MURDER AMY IN SANTA ANITA,
CALIFORNIA WITH JEFFREY FROM LEUCADIA, CALIFORNIA. IRMA
RODRIGUEZ CLARK IS JOINED WITH JEFFREY FROM LEUCADIA,
CALIFORNIA AND HIS GERMAN RELATIVES INCLUDIN BENJAMIN
BARNHART TO CAUSE THE MURDER OF MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE
L.SANDOVAL AKA: GRACE S. SLALI. IRMA RODRIGUEZ CLARK IS
INVOLVED WITH HER BROTHER WILLIAM N. RODRIGUEZ AKA: WILLIE
IN CAUSING MANY INJURIES TO MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA:
GRACE S. SLALI. LUPE CHAVEZ SWAIN IS PROVIDING A SUBSTANCE TO
INJECT IN THE HUMAN CHEST AND HUMAN BACK TO CAUSE A HUGE
GROWTH IN THE HUMAN BODY. LUPE CHAVEZ SWAIN HAS BEEN
REPORTED FOR ALL HER CRIME INCLUDING FOR TAKING LARGE
AMOUNTS OF HUMAN BLOOD FROM JESSE DIAZ SLALI THAT CAUSED
HIS DEATH ON SEPTEMBER 6, 2007. LUPE CHAVEZ SWAIN IS INVOLVED
WITH HER PART SISTER, CHRISTINA REYNA ENRIQUEZ, MANUEL

PAGE 42

GARCIA, IRMA MENDIBLES, EDWARD ROBLES AKA: GEORGE SLALI JR, JESSE REYNA ENRIQUEZ JR., DONNY LAZAROTTO JR. AND MANY OTHERS IN PLANNING THE MURDER OF ALI DIAZ SLALI IN WESTMORLAND, CALIFORNIA. MANUEL GARCIA ALSO PLANNED THE MURDER OF GEORGE DIAZ SLALI IN WESTMORLAND, CALIFORNIA. STEPHANIE SONTAG AKA: WINEHART HAS PLANNED THE MURDER OF MANY PEOPLE BY FORCING THEM TO HANG THEMSELVES TO CAUSE MURDER BY INJECTING THEM WITH HARMFUL SUBSTANCE AND BY TAKING LARGE AMOUNTS OF HUMAN BLOOD ILLEGALLY FROM THE HUMAN BODY. STEPHANIE SONTAG AKA: WINEHART IS A MASACRE THAT HAS PLANNED WITH JOE S. REYNA AND MANY OTHERS TO STEAL ALL OF MY MONEY, FOOD, AND EVERYTHING I OWN FROM ME AND MY FAMILY FOR THEIR HEROIN ADDICTION, COCAINE ADDICTION, ALCOHOL, ETC. STEPHANIE SONTAG AKA: WINEHART NEEDS TO BE EXECUTED FOR ALL HER MURDER THAT SHE PLANS. STEPHANIE SONTAG AKA: WINEHART DEMANDS MELISSA MARSHAL AT THORNTON HOSPITAL, LA JOLLA, CALIFORNIA TO SAY TO MURDER ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI TO ALL MEDICAL STUDENTS. MELISSA MARSHAL IS JON PRO DAUGHTER. MELISSA MARCHALL WAS DEMANDED TO ASSAULT ME, GRACE L. SANDOVAL AT 10877 MONSANTO COURT, SAN DIEGO, CALIFORNIA. MELISSA MARSHALL IS DEMANDED TO SAY THAT HER MOTHER IS A JUDGE TO MEDICAL STUDENTS AND ALL EMPLOYEES AT THONTON HOSPITAL, LA JOLLA, CALIFORINA AND THAT SHE WANT BE DEAD. MELISSA MARAHAL IS DEMANDED TO INJECT ME, GRACE L. SANDOVAL HUMAN BRAIN WITH LIDOCAINE WHILE EMPLOYED AT THORNTON HOSPITAL, LA JOLLA, CALIFORNIA. MELISSA MARSHALL HAD A BROTHER THAT WAS DEMANDED BY STEPHANIE SONTAG AKA: WINEHART TO HANG HIMSELF. STEPHANIE SONTAG AKA: WINEHART PLANNED THE MURDER OF HER MOTHER ON ADLER STREET, BRAWLEY, CALIFORNIA.

PAGE 43

SEPHANIE SONTAG AKA:WINEHART BURNED HER MOTHER MANY TIMES AND DROVE HER MOTHER TO VARIOUS HOMES TO WITNESS THE BURNS ON HER MOTHER. STEPHANIE SONTAG AKA: WINEHART PLANNED THE BURNS OF A OLDER WOMAN THAT LIVED AT 825 VIA RANCHO PARKWAY, ESCONDIDO, CALIFORNIA WITH KATHRYN JEAN YAVENDITTI AKA: KATE AND OTHERS. KATHRYN JEAN YAVENDITTI AKA: KATE HAS BURNED THE HUMAN FACE AND BODY INCLUDING SEX ORGAN OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE AND MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI AND JESSE DIAZ SLALI BEFORE HE DIED ON SEPTEMBER 6, 2007. STEPHANIE SONTAG AKA: WINEHART PLANNED THE MURDER OF MANY PEOPLE IN IMPERIAL COUNTY, CALIFORNIA AND HAS CONTINUED TO PLAN THE MURDER OF MANY PEOPLE IN IMPERIAL COUNTY, CALIFORNIA WITH MANUEL GARCIA, LUPE CHAVEZ SWAIN, ROSARIO OTERO, RICARDO CASTANEDA, IRMA MENDIBLES, ETC. STEPHANIE SONTAG AKA: WINEHART CONTINUES TO PLAN THE MURDER OF MANY PEOPLE IN SAN DIEGO COUNTY, CALIFORNIA BY INJECTING HARMFUL SUBSTANCE AND TAKING LARGE AMOUNTS OF HUMAN BLOOD ILLEGALLY BY MANY ILLEGALS, HEROIN ADDICTS, EX CONVICTED, ETC. INCLUDING JUAN CESENA AND HIS RELATIVE, TANIA MILLER. STEPHANIE SONTAG AKA: WINEHART IS NEVER INVITED TO OUR HOME AND I, GRACE L. SANDOVAL DO NOT TOLERATE HER. I, GRACE L. SANDOVAL AKA: GRACE S. SLALI WANT ALL CRIMINALS WITH FALSE DEGREES IN SAN DIEGO, CALIFORNIA ARRESTED FOR THEIR CRIME. STEPHANIE SONTAG AKA: WINEHART IS EVERYONE ENEMY AND WANTS TO MURDER EVERYONE FOR BEING AN ORPHAN AND BEING HANDICAPPED AND CONFINED TO A WHEEL CHAIR. STEPHANIE SONTAG AKA: WINEHART IS INVOLVED IN FICTITOUS BUSINESS WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO.

PAGE 44

STEPHANIE SONTAG AKA: WINEHART PLANS ALL MOVES THAT I MAKE TO STEAL MONEY, FOOD, ETC. FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI WITH HEROIN ADDICTS INVOLVED WITH JOE S. REYNA AND HIS FRIENDS FROM BRAWLEY, CALIFORINA THAT HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI. STEPHANIE SONTAG AKA:WINEHART IS INVOLVED WITH KATHY MEALER IN TRAINING MANY PEOPLE IN FALSE ATTORNEY DEGREES, FALSE JUDGE DEGREES,ETC. IN ESCONDIDO, CALIFORNIA INCLUDING RICHARD MONTES, FALSE RETIRED JUDGE DEGREE. RICHARD MONTES LIVES IN LA MESA PRISON, TIJUANA MEXICO FOR MANY YEARS. RICHARD MONTES IS A MASACRE WITH RAUL DIAZ IN LOS ANGELES COUNTY, CALIFORNIA.  RICHARD MONTES AKA: LEVINE IS INVOLVED WITH ALL THE LEVINE FAMILY IN SAN DIEGO, CALIFORNIA IN MURDER.  RICHARD MONTES IS DEMANDED TO COVER UP FOR ALL THE MURDER IN THE SUPREME COURT IN LOS ANGELES, CALIFORNIA CAUSED AND PLANNED BY THE HEROIN ADDICTS IN CALIFORNIA.  RICHARD MONTES AKA: LEVINE HAS NO EDUCATION. KATHY MEALER IS NOT EDUCATED.  KATHY MEALER IS A ALCOHOLIC, DRUG ADDICT.  KATHY MEALER IS A VIOLENT PERSON WITH A CRIMINAL RECORD THAT HAS BEEN TO PRISON MANY YEARS.  KATHY MEALER IS INVOLVED WITH IRMA RODRIGUEZ CLARK IN FICTITOUS BUSINESS INCLUDING WELFARE FRAUD.  KATHY MEALER IS INVOLVED WITH THE QUESADA FAMILY THAT LIVES IN LA MIRADA, CALIFORNIA AND REYES QUESADA THAT LIVES IN BRAWLEY, CALIFORNIA  IN THE KIDNAP AND ATTACKS WITH A BROKEN BOTTLE ON MY HUMAN FACE IN LONG BEACH, CALIFORNIA AND THE VANDALISM OF MY CAR, 2002 HONDA CIVIC LX THAT I PURCHASED BRAND NEW AT PACIFIC HONDA. KATHY MEALER IS INVOLVED WITH BRAIN STOKELY IN PLANNING MURDER IN BRAWLEY, CALIFORNIA BY CYNTHIA CARDENAS QUESADA AND MANY OTHER HEROIN ADDICTS THAT ARE PROVIDED WITH

PAGE 45

HARMFUL SUBSTANCES FROM MEXICO BY ERNESTO NUNGARAY AND HIS BROTHER ROBERTO NUNGARAY JR. CYNTHIA CARDENAS QUESADA HAS COMMUNICATION WITH THE ORHPANS FROM FALLUJAH, IRAQ INCLUDING MICHAEL MADANI IN PROVIDING IMFORMATION ON HOW TO PLAN AND MURDER MANY PEOPLE IN BRAWLEY, CALIFORNIA. CYNTHIA CARDENAS QUESADA IS INVOLVED WITH SANDRA SALAZAR MURILLO, LINDA YBARRA FIERRO IN THE MURDER OF HER TWO DAUGHTERS FROM RUBEN ARAUJO THAT LIVED ON "K" STREET, BRAWLEY, CALIFORNIA. THE ORPHANS FROM FALLUJAH, IRAQ ARE INVOLVED WITH ELEANOR CONTRERAS SANCHEZ AND JUAN CESENA WIFE, CLAIRE AN ARAB FROM FALLUJAH, IRAQ IN THE MURDER OF MANY PEOPLE IN CHULA VISTA, CALIFORINA AND ALSO IN EL CAJON, CALIFORNIA WHERE THE LEVINE FAMILY SELL ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC. LINDA YBARRA FIERRO AND MANY OTHERS RELATED TO THE FIERRO FAMILY THAT LIVE IN EL CAJON, CALIFORNIA SELL ILLEGAL DRUGS FROM MEXICO TO THE PUBLIC. POLIMINO MIRAMONTES AKA: POLI AND HIS WIFE SYLVIA ARAUJO MIRAMONTES AND TONI VERDUZCO, PONCIANO G. ROBLES AND HIS WIFE CHRISTINA ROBLES THAT ALL LIVE IN CHULA VISTA, CALIFORNIA ALSO SELL ILLEGAL DRUGS TO THE PUBLIC. STEPHANIE SONTAG AKA: WINEHART PLANNED THE REAR END TO MY CAR IN AUGUST 2007. STEPHANIE SONTAG AKA: WINEHART PLANNED THE SAME REAR END TO MY TWO DAUGHTERS CARS AT THE SAME LOCATION IN MIRAMESA AREA, SAN DIEGO, CALIFORNIA FOR FILING CASES IN SUPERIOR COURT, SAN DIEGO, CALIFORNIA. MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE WERE FORCED OUT OF THEIR HOME WHEN THEY FILED CASES IN SUPERIOR COURT, SAN DIEGO, CALIFORNIA AND SO WAS THEIR FATHER JESSE DIAZ SLALI

PAGE 46

AND MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI FOR ALSO
FILING CASES IN SUPERIOR COURT, SAN DIEGO,CALIFORINA.
STEPHANIE SONTAG AKA: WINEHART IS JOINED WITH MANY
ATTORNEY IN SAN DIEGO, CALIFORNIA THAT HAVE FALSE DEGREES IN
THE INVASION IN SAN DIEGO, CALIFORNIA OF MASACRES. THE
UNIVERSITY OF SAN DIEGO, CALIFORNIA IS DEMANDED TO DO ALL
THE WORK FROM THE LAW STUDENTS AT THE DISTRICT ATTORNEY,
SAN DIEGO, CALIFORNIA.  ALL ATTORNEY WITH FALSE DEGREES, ALL
JUDGE WITH FALSE DEGREES ARE ALCOHOLIC, DRUG ADDICT, THAT
HAVE CRIMINAL RECORDS AND HAVE BEEN TO PRISON FOR YEARS.
ALL PEOPLE WITH FALSE DEGREES EMPLOYED IN SAN DIEGO,
CALIFORNIA HAVE BEEN IDENTIFIED BY THE PUBLIC FOR MANY
YEARS AND REFUSE TO LEAVE THEIR JOBS WITH FALSE DEGREES.
THE GOVERNMENT IN WASHINTON D.C. HAS RECEIVED REPORTS ON
THE CRIMINALS WITH FALSE DEGREES FROM MANY VICTIMS
INCLUDING ALL OF MY FAMILY AND RELATIVES THAT LIVE IN
CALIFORNIA.  I, GRACE L. SANDOVAL AND MY DAUGHTER CORINA
SANDOVAL SLALI AKA: PECK, CORIE LIVED WITH JOSE REYES FROM
MAY 1992 TO NOVEMBER 1, 1992, A TOTAL OF FIVE MONTHS.  I, GRACE
L. SANDOVAL WAS LIVING ON ANNRAE, SAN DIEGO,CALIFORNIA WITH
AN EX PRISONER FROM LA MESA PRISON, TIJUANA MEXICO, MARIA
RODRIGUEZ AT CABRILLO PALASADES CONDOMINIUMS. MARIA
RODRIGUEZ IS JOINED WITH THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO, PRISCILLA CASTILLO, SUSAN GOLDING,
CINDY HEART, LUIS CASILLAS-ROBLES, MARIA ESPINOZA, ISABEL, LUIS
CONCHOLLA, TERESA KINNY AKA: LEVINE, ETC. IN MOVING FROM A
TRAILER IN WESTMORLAND, CALIFORNIA ON WEST FRIST STREET TO
A THREE BEDROOM HOUSE ON A CORNER ON NILE, SAN DIEGO,
CALIFORNIA WITH ADELINA.  ADELINA WAS LIVING WITH A MALE
NAMED MARK.  MARK IS FRANK DUTRA SON BORN OUT OF WEDLOCK.

PAGE 47

ADELINA WAS INVADED BY THE EX PRISONERS FROM LA MESA
PRISON, TIJUANA MEXICO IN HER HOUSE ON NILE, SAN DIEGO,
CALIFORNIA THAT SHE RENTED. ADELINA WAS EMPLOYED FOR
NRODSTROMS, FASHION VALLEY MALL, SAN DIEGO, CALIFORNIA IN
THE COSMETICS DEPARTMENT SELLING CLARINS PRODUCTS.
ADELINA WAS DATING A MALE NAMED ROB THAT WAS EMPLOYED
FOR PACIFIC COAST COLLECTIONS, GIBBS, SAN DIEGO, CALIFORNIA
WHEN I, GRACE L. SANDOVAL WAS EMPLOYED FOR PACIFIC COAST
COLLECTIONS. ROB WAS A COLLECTOR FOR THE COLLECTION
AGENCY. ADELINA MALE FRIEND IS JON BOYES. JON BOYES VISIT
ADELINA AT HER HOUSE ON NILE, SAN DIEGO, CALIFORNIA. I, GRACE
L. SANDOVAL TALKED TO JON BOYES AT THE HOUSE ON NILE, SAN
DIEGO, CALIFORNIA. JON BOYES AND ADELINA WOULD FOLLOW ME,
GRACE L. SANDOVAL AT SAN DIEGO STATE UNIVERSITY, SAN DIEGO,
CALIFORNIA WHEN I WOULD ATTEND THEIR RECRUITMENT FOR TWO
YEARS. JON BOYES AND ADELINA WERE TOLD TO LEAVE THE CAMPUS
AT SAN DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA. ADELINA
AND JON BOYES DID NOT QUALIFY FOR THE RECRUITMENT AT SAN
DIEGO STATE UNIVERSITY, SAN DIEGO, CALIFORNIA. JON BOYES AND
ADELINA ALSO FORCED INTO MY APARTMENT ON LA MESA BLVD, LA
MESA, CALIFORNIA TO TELL ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI THAT JON BOYES HAD ASSAULTED AND SHOT HIS BROTHER AT
THE PARK IN SAN DIEGO, CALIFORNIA AS DEMANDED AND PLANNED
BY THE EX PRISONER PRISCILLA CASTILLO. ADELINA IS DEMANDED
TO JUMP WITH AN INCREDIBLE JOY AND TO CONTINUE ENCOURAGING
JON BOYES TO CONTINUE ASSAULTING AND SHOOTING TO CAUSE
MURDER. JOSE REYES ALSO FORCED INTO THE HOUSE ON NILE, SAN
DIEGO, CALIFORNIA THAT I, GRACE L. SANDOVAL AND MY DAUGHTER
CORINA SANDOVAL SLALI AKA: PECK, CORIE MOVED INTO. JOSE
REYES WAS DRESSED IN A WHITE NAVY UNIFORM. JOSE REYES HAD

PAGE 48

FORCED INTO MY HOME BEFORE AS THE EX PRISONER, SUSAN
GOLDING  FROM LA MESA PRISON, TIJUANA MEXICO DEMANDED HIM
TO DO.  JOSE REYES DEMANDED CASH MONEY FROM ME, GRACE L.
SANDOVAL WHEN I, GRACE L. SANDOVAL WAS EMPLOYED AT PACIFIC
COAST COLLECTIONS, GIBBS, SAN DIEGO, CALIFORNIA.  LAURIE WAS
AN EMPLOYEE AT PACIFIC COAST COLLECTIONS, GIBBS, SAN DIEGO,
CALIFORNIA THAT WAS SEDATING ME, GRACE L. SANDOVAL WHILE
EMPLOYED AT PACFIIC COAST COLLECTIONS.  LAURIE WAS
DEMANDED TO STEAL MY SEIKO WATCH FROM ME, GRACE L.
SANDOVAL BY THE EX PRISONER FROM LA MESA PRISON, TIJUANA,
MEXICO, SUSAN GOLDING.  SUSAN GOLDING WAS JOINED WITH LINDA
YBARRA FIERRO NEAR THE SEVEN ELEVEN STORE ON RUFFIN ROAD,
SAN DIEGO, CALIFORNIA WHEN I, GRACE L. SANDOVAL DROVE TO THE
SEVEN ELEVEN STORE.  SUSAN GOLDING WAS FOLLOWING ME, GRACE
L. SANDOVAL AFTER MY SEIKO WATCH THAT I, GRACE L. SANDOVAL
HAD PURCHASED AT SEARS STORE, UNIVERSITY TOWNE CENTER, LA
JOLLA, CALIFORNIA FOR MY TWENTY SEVENTH  BIRTHDAY. THE
ORPHANS FROM SANTA ANA, CALIFORNIA HAD INVADED ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI AT MY NEW HOME AT 7690
NORTHRUP DRIVE, SAN DIEGO, CALIFORNIA TO CONTINUE STEALING
MY MONEY, FOOD, CAR, FURNITURE, CLOTHES, SHOES, GOLD, ETC.
THE ORPHANS FROM SANTA ANA, CALIFORNIA WERE JOINED WITH
THE ORPHANS FROM NEW JERSEY, THE ORPHANS FROM MEXICO, THE
ORPHANS FROM SAN DIEGO, CALIFORNIA, THE MIRAMONTES FAMILY,
ETC. IN STEALING MY MONEY AND EVERYTHING I OWNED IN MY
HOME.  JOSE REYES IS JOINED WITH ALL EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO INCLUDING BONNIE DUMANNIS.
BONNIE DUMANNIS HAS A FALSE ATTORNEY DEGREE.  BONNIE
DUMANNIS IS ROQUE SANDOVAL AND HIS SISTER CARLOTA S. REYNA
DAUGHTER BORN OUT OF WEDLOCK THAT WAS ABANDONED IN

PAGE 49

MEXICALI, MEXICO AND LIVED IN LA MESA PRISON, TIJUANA MEXICO
FOR MANY YEARS BEFORE SHE LIVED NEAR THE ALL AMERICAN
CANAL IN MEXICALI, MEXICO IN A CARDBOARD BOX FOR MANY YEARS
AND DANCED NUDE IN THE BARS IN MEXICALI, MEXICO. BONNIE
DUMANNIS HAD A MEXICAN NAME BEFORE SHE CHANGED HER NAME
TO AN AMERICAN NAME. BONNIE DUMANNIS LIVED IN BRAWLEY,
CALIFORNIA. BONNIE DUMANNIS WOULD FOLLOW ME, GRACE L.
SANDOVAL IN PUBLIC TO TAKE MY CLOTHES OFF MY HUMAN BODY TO
LEAVE ME NAKED IN PUBLIC. BONNIE DUMANNIS LIVED IN MEXICALI,
MEXICO AS A PICK POCKET. I, GRACE L.SANDOVAL REPORTED THE
CRIMINAL THAT CLAIMED TO BE ROQUE SANDOVAL DAUGHTER BORN
OUT OF WEDLOCK. BONNIE DUMANNIS NEVER STOPED STEALING
MONEY, FOOD, CLOTHES, CARS, SHOES, ETC. FROM ME, GRACE L.
SANDOVAL AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI
AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:
PECK,CORIE AND THEIR FATHER JESSE DIAZ SLALI BEFORE HE DIED
ON SEPTEMBER 6, 2007. BONNIE DUMANNIS IS DEMANDED BY HER
MOTHER CARLOTA S. REYNA TO STEAL FROM ME, GRACE L.
SANDOVAL. CARLOTA S. REYNA STOLD MONEY, FOOD, FURNITURE,
ETC. FROM MY MOTHER FELOMENA N. DUTRA AKA: SANDOVAL AND
HER FIVE CHILDREN INCLUDING MYSELF, GRACE LUPE SANDOVAL IN
WESTMORLAND, CALIFORNIA. CARLOTA S. REYNA DEMANDS ALL
HEROIN ADDICTS TO STEAL MONEY, FOOD, FURNITURE, CARS,
CLOTHES, SHOES, GOLD, ETC. FROM ME, GRACE L. SANDOVAL
INCLUDING LUIS CONCHOLLA. LUIS CONCHOLLA LIVED IN LA MESA
PRISON, TIJUANA MEXICO FOR YEARS. LUIS CONCHOLLA IS RELATED
TO THE AMBRIZ FAMILY THAT LIVE NEXT DOOR TO MY MOTHER
FELOMENA N. DUTRA ON WEST FIRST STREET, WESTMORLAND,
CALIFORNIA. LUIS CONCHOLLA IS ALSO RELATED TO BECKY MARES
FIERRO. BECKY MARES FIERRO LIVES IN EL CAJON, CALIFORNIA

PAGE 50

WITH HER HUSBAND JOE FIERRO.  BECKY MARES FIERRO HAS TUBERCULOSIS.  DELIA AMBRIZ HAS TUBERCULOSIS.  LUIS CONCHOLLA HAS TUBERCULOSIS.  TERESA KINNY AKA: LEVINE HAS TUBERCULOSIS.  LINDA YBARR FIERRO LIVES IN EL CAJON, CALIFORNIA. LINDA YBARRA FIERRO HAS TUBERCULOSIS.  LINDA YBARRA FIERRO IS INVOLVED WITH MANUEL MURILLO IS A RELATIONSHIP AND HAVE CHILDREN BORN OUT OF WEDLOCK.  LINDA YBARRA FIERRO, SANDRA SALAZAR MURILLO, BECKY MARES FIERRO DANCE NUDE FOR THE ORHPANS FROM FALLUJAH, IRAQ AT A CONDOMINIUM AT 294 CHAMBERS, #20, EL CAJON, CALIFORNIA. JOSE REYES IS JOINED WITH ALL EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO IN DANCING NUDE IN BARS IN MEXICALI, MEXICO WHERE HE LIVED FOR LONG PERIODS OF TIME WITH HIS STEP FATHER THAT IS AN EX PRISONER FROM LA MESA PRISON, TIJUANA, MEXICO. JOSE REYES VISIT MY GRANDFATHER, JESUS NUNGARAY FAMILY AT HIS RANCH IN MEXICALI, MEXICO.  JOSE REYES MOTHER WAS PROVIDED WITH SEDATION FOR JOSE REYES TO HAVE SEX WITH VARIOUS WOMEN.  JOSE REYES SEDATED ME, GRACE L. SANDOVAL TO HAVE SEX WITH ME.  JOSE REYES HAD MANY INJURIES TO HIS HUMAN FACE AND BODY CAUSED BY HIS FRIENDS IN MEXICALI, MEXICO.  JOSE REYES WAS NOT HIS NAME IN MEXICALI, MEXICO.  JOSE REYES WAS DEMANDED TO HAVE THE NAME JOSE.  JOSE CALDERON ALSO VISIT IN MEXICALI ,MEXICO AND LIVED IN MEXICALI, MEXICO.  JOSE CALDERON WAS ALSO DEMANDED TO USE THE NAME JOSE.  BOTH JOSE CALDERON AND JOSE REYES ARE INVOLVED IN USING THE COMPUTER AND TRAINING MANY PEOPLE IN USING THE COMPUTER FOR INFORMATION TO USE FOR ILLEGALS FROM MEXICO INCLUDING MANY ORPHANS FROM LA MESA PRISON, TIJUANA MEXICO AND TO STEAL MONEY FROM BANK ACCOUNTS, ETC.  JOSE REYES IS INVOLVED IN ALL THE FICTITOUS BUSINESS WITH THE ILLEGALS FROM

PAGE 51

MEXICALI, MEXICO THAT LIVED NEAR THE ALL AMERICAN CANAL
FOR MANY YEARS. JOSE REYES DOES NOT HAVE AN EDUCATION. JOSE
REYES IS VIOLENT. JOSE REYES IS IN COMMUNICATION WITH ALL
THE CRIMINALS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUSBTANCES FROM MEXICO TO THE UNITED STATES. JOSE
REYES IS INVOLVED IN PROVIDING INFORMATION TO THE EX
PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ABOUT THE
EAST COAST INCLUDING NEW YORK CITY, NEW YORK THAT IS IVADED
BY THE EX PRISONERS FROM LA MESA, TIJUANA MEXICO WITH FALSE
DEGREES AND WITH ILLEGAL DRUGS FROM MEXICO BEING
SMUGGLED TO THE EAST COAST IN THE UNITED STATES OF AMERICA.
JOSE REYES IS INVOLVED WITH ALL MEMBERS IN THE LEVINE FAMILY
THAT ARE ILLEGALLY IN THE UNITED STATES AND LIVED IN LA MESA
PRISON, TIJUANA MEXICO FOR MANY YEARS. THE LEVINE FAMILY
HAVE INVADED HOLLYWOOD STARS WITH LUCILLE BALL SON, DESI
ARNAZ JR. THAT LIVES IN POMONA, CALIFORNIA. THE LEVINE FAMILY
ARE INVOLVED IN MURDER WITH THE ORPHANS FROM SANTA ANA,
CALIFORNIA INCLUDING O.J. SIMPSON. THE LEVINE FAMILY ARE
INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS FROM MEXICO TO
THE UNITED STATES OF AMERICA. THE LEVINE FAMILY ARE
INVOLVED WITH THE MASACRE, POLIMINO MIRAMONTES AKA: POLI
IN MURDER OF MANY PEOPLE IN CALIFORNIA. POLIMINO
MIRAMONTES AKA: POLI IS JOINED WITH MANY OTHERS IN MURDER
INCLUDING JOSE REYES. THE LEVINE FAMILY ARE JOINED WITH
MANUEL GARCIA THAT LIVES IN EL CENTRO, CALIFORNIA IN
DEMANDING MURDER OF PEOPLE WHO REPORT THE CRIMINALS AND
WHO FILE CASES IN SUPERIOR COURT, SAN DIEGO, CALIFORNIA, ETC.
THE LEVINE FAMILY PROVIDE ALL THE HARMFUL SUBSTANCE AND
SEDATION TO CAUSE A PERSON TO CAUSE MURDER INSTANTLY. THE
ORPHANS FROM SANTA ANA, CALIFORNIA INCLUDING PATRICK J.

PAGE 52

CLARK, CHARLES YAGODA, GARY BLAKE HAVE FALSE MEDICAL
DOCTORS DEGREES.  THE ORPHANS FROM SANTA ANA, CALIFORNIA
HAVE MULTIPLE DISEASES INCLUDING AIDS, CANCER, ETC. AND DO
NOT HAVE AN EDUCATION IN THE UNITED STATES.  THE ORPHANS
FROM SANTA ANA, CALIFORNIA ARE ADDICTED TO HEROIN.  THE
ORPHANS FROM SANTA ANA, CALIFORNIA LIVE IN SAN DIEGO,
CALIFORNIA.  THE ORPHANS FROM SANTA ANA, CALIFORNIA HAVE
MANY OTHER ORPHANS FROM SANTA ANA, CALIFORNIA THAT ALSO
HAVE FALSE DOCTORS DEGREES IN PSYCHIATRIST FROM DALE
FARABEE THAT LIVES ON WOODLAWN, CHULA VISTA, CALIFORNIA.
DALE FARABEE WAS INVADED BY MANUEL GARCIA IN EL CENTRO,
CALIFORNIA FOR KNOWING ALL THE CRIME AT THE IMPERIAL
COUNTY MENTAL HEALTH CLINIC, EL CENTRO, CALIFORNIA WHERE
DALE FARABEE WOULD VISIT PATIENTS EVERY WEEK.  MANUEL
GARCIA LIVED IN LA MESA PRISON, TIJUANA MEXICO FOR MANY
YEARS.  MANUEL GARCIA IS A VIOLENT PERSON. MANUEL GARCIA IS A
TERRORIST.  MANUEL GARCIA AND HIS BROTHER ROBERT GARCIA
JOINED THE ORPHANS FROM FALLUJAH, IRAQ IN DRUG SMUGGLING
ILLEGAL DRUGS AND HARMFUL SUSBTANCES FROM MEXICO TO THE
UNITED STATES, THE RAPE OF AMERICANS, WELFARE FRAUD,
VANDALIZING CARS, STEALING MONEY FROM BANK ACCOUNTS,
SELLING HEROIN TO THE PUBLIC IN CALIFORNIA, FALSE DEGREES,
SPYING TO THE GOVERNMENT IN IRAQ, BURNING THE HUMAN FACE
AND BODY INCLUDING SEX ORGAN, TAKING HUMAN BLOOD
ILLEGALLY, ETC.  JOSE REYES IS JOINED WITH ALL THE ILLEGALS
FROM MEXICO AND ORHPANS FROM VARIOUS PARTS OFT HE WORLD
INCLUDING VARIOUS COUNTIES AND STATES  IN THE UNITED STATES
THAT ARE: "TALI BAN". JOSE REYES AND THE TALI BAN ARE PLANNING
TO MURDER ALL OF FELOMENA N. DUTRA AKA: SANDOVAL FIVE
CHILDREN, GRANDCHILDREN, ETC. FOR FILING CASES IN SUPERIOR

PAGE 53

COURT, CALIFORNIA ON THE CRIMINALS THAT HAVE STOLEN
THOUSANDS OF UNITED STATES DOLLARS AND MANY ITMES FROM
OUR HOUSEHOLD. THE TALI BAN HAVE INVADED MY MOTHER
FELOMENA N. DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN BY
THE MASACRE IRMA MENDIBLES AND MANY OTHERS. IRMA
MENDIBLES IS IN COMMUNICATION WITH ALL THE EX PRISONERS
FROM LA MESA PRISON, TIJUANA MEXICO THAT HAVE FALSE LAW
ENFORCEMENT DEGREES AND ARE EMPLOYED IN SAN DIEGO COUNTY,
CALIFORNIA. IRMA MENDIBLES HAS FORCED INTO MY APARTMENT
AT 10877 MONSANTO COURT, SAN DIEGO, CALIFORNIA TO TAKE FLUID
FROM MY HUMAN BRAIN AND BODY INCLUDING LARGE AMOUNTS OF
MY HUMAN BLOOD. IRMA MENDIBLES HAS TAKEN A LOT OF MY HAIR
FROM MY SCALP AND DEMANDING TO LEAVE ME BALD. IRMA
MENDIBLES IS AN ILLEGAL FROM MEXICALI, MEXICO THAT HAS
PLANNED THE MURDER OF JESSE DIAZ SLALI WITH MANY HEROIN
ADDICTS IN WESTMORLAND, CALIFORNIA INCLUDING SANDRA
SALAZAR MURILLO THAT LIVES ON MOHAWK, SAN DIEGO,
CALIFORNIA THAT IS MARRIED TO AN EX PRISONER FROM LA MESA
PRISON, TIJUANA MEXICO AND ALSO LIVED NEAR THE ALL AMERICAN
CANAL IN A CARDBOARD BOX FOR YEARS. LUIS CONCHOLLA HAS
CHILDREN BORN OUT OF WEDLOCK FROM ELEANOR CONTRERAS
SANCHEZ. LUIS CONCHOLLA LIVES WITH TERESA KINNY AKA: LEVINE
IN CHULA VISTA, CALIFORNIA. LUIS CONCHOLLA IS FRIENDS WITH
ROSARIO SANTILLAN. ROSARIO SANTILLAN LIVES IN BAKERSFIELD,
CALIFORNIA. ROSARIO SANTILLAN LIVED IN LA MESA PRISON,
TIJUANA, MEXICO FOR YEARS BEFORE MOVING TO WESTMORLAND,
CALIFORNIA. ROSARIO SANTILLAN JOINED THE MARINES IN THE
UNITED STATES WITH DONALD HILDRE. DONALD HILDRE IS AN INDIAN
FROM YUMA, ARIZONA. ROSARIO SANTILLAN IS INVOLVED IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUSBTANCES FROM

PAGE 54

MEXICO TO THE UNITED STATES WITH BLAINE BURNETTE. BLAINE
BURNETTE IS MARRIED TO SARA DIAZ SLALI. BLAINE BURNETTE
PARENTS ARE INDIANS AND LIVED IN YUMA, ARIZONA BEFORE
MOVING TO WESTMORLAND, CALIFORNIA. BLAINE BURNETTE HAS
SIBLINGS THAT LIVE IN YUMA, ARIZONA. BLAINE BURNETTE SIBLINGS
THAT LIVE IN YUMA, ARIZONA ARE ALSO INVOLVED IN DRUG
SMYUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES WITH CRUZ DAVILA AND HIS FAMILY
THAT ALSO LIVE IN YUMA,ARIZONA INCLUDING SALVADOR QUESADA.
CRUZ DAVILA IS RELATED TO ROBERTO NUNGARAY JR. WIFE THAT
LIVE IN MEXICALI, MEXICO. ROBERTO NUNGARAY JR. WIFE IS ALSO
RELATED TO FREDDIE BENAVIDES THAT LIVES IN BRAWLEY,
CALIFORNIA WITH HIS WIFE JENNY VALDIVIA BENAVIDES AKA: JUANA
AND DAUGHTER ESMERALDA VALDIVIA BENAVIDES. ROBERTO
NUNGARAY JR. IS INVOLVED WITH ROBETO RODRIGUEZ IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCES FROM
MEXICO TO THE UNITED STATES. ROBERTO RODRIGUEZ LIVES IN
SCRIPPS RANCH AREA IN SAN DIEGO, CALIFORNIA. ROBERTO
RODRIGUEZ HAS A DAUGHTER, NATASHA TSODIKOV AKA: NATALIE
MASARSKY. NATALIE MASARKY LIVED AT 16957 ABUNDANTE STREET,
SAN DIEGO, CALIFORNIA WHEN I, GRACE L. SANDOVAL RENTED A
ROOM FROM MAHVASH JAZAYERI IN OCTOBER 2004. NATALIE
MASARSKY LIVED IN MEXICALI, MEXICO BEFORE MOVING TO SAN
DIEGO COUNTY, CALIFORNIA. NATALIE MASARSKY IS INVOLVED IN
WELFARE FRAUD FOR THE EX PRISONERS FROM LA MESA PRISON,
TIJUANA, MEXICO, PRISCILLA CASTILLO, SUSAN GOLDING, CINDY
HEART, MARIA ESPINOZA, ETC. NATALIE MASARSKY STOLD MONEY
FROM MY BANK ACCOUNT AND TOOK FLUID FROM MY BRAIN AND
BODY. TANIA MILLER FORCED INTO MY ROOM AT 16957 ABUDANTE
STREET, SAN DIEGO, CALIFORNIA TO CRACK MY ENTIRE TEETH AND

PAGE 55

TO STEAL FROM ME, GRACE L. SANDOVAL. I, GRACE L. SANDOVAL
FILED CASES ON TANIA MILLER, MAHVASH JAZAYERI, BAHAREH
ASADOLAHI, ETC. FOR THEIR CRIME AT 16957 ABUDANTE STREET, SAN
DIEGO, CALIFORNIA. THE ORPHANS FROM FALLUJAH, IRAQ THAT
HAVE FALSE DEGREES FORCED INTO MY ROOM AT 16957 ABUDANTE
STREET, SAN DIEGO, CALIFORNIA. JOSE REYES PROVIDED THE
ORPHAN FROM FALLUJAH, IRAQ, MICHAEL MADANI WITH A
COMPUTER CHIP TO FORCE INTO MY HUMAN BRAIN AT 16957
ABUDANTE STREET, SAN DIEGO, CALIFORNIA. I, GRACE L. SANDOVAL
CALLED 911 SEVERAL TIMES TO REPORT THE CRIME. I, GRACE L.
SANDOVAL DO NOT HAVE A CONTRACT WITH MICHAEL MADANI,
RAMIN K. AKA: JASON, JOSE REYES, DONNY LAZAROTTO JR., TANIA
MILLER, ROBERT RODRIGUEZ, JUAN CESENA, ETC. I, GRACE L.
SANDOVAL WAS TOLD THAT THE JURISDICTION FOR THE ADDRESS OF
MY PLACE OF RESIDENCE WAS THE POWAY SHERIFF, POWAY,
CALIFORNIA. THE SAN DIEGO POLICE WAS NOT THE PROPER
JURISDICTION FOR 16957 ABUDANTE STREET, SAN DIEGO, CALIFORNIA.
I, GRACE L. SANDOVAL MOVED FROM 16957 ABUDANTE STREET, SAN
DIEGO, CALIFORNIA AS SOON AS POSSIBLE. I, GRACE L. SANDOVAL
MOVED TO A BIG HOUSE IN POWAY, CALIFORNIA OWNED BY AURORA
PUERTOLLANO ON MARCH 15, 2005. AURORA PUERTOLLANO IS
RELATED TO THE FILIPINAS THAT ARE EMPLOYED AT THE U.C.S.D.
MEDICAL CENTER, SAN DIEGO, CALIFORNIA IN THE BURN UNIT WITH
RAMIN K. AKA: JASON THAT PLANNED THE EVERY MOVE I MADE
WHILE EMPLOYED IN THE MEDICAL FIELD IN SAN DIEGO,
CALIFORNIA. THE "TALI BAN" WOULD FORCE INTO MY HOME TO
STEAL MY MONEY, DAMAGE MY CLOTHES, FURNITURE, TELEVISON,
EVERYTHING IN MY HOME. I, GRACE L. SANDOVAL DO NOT HAVE A
CONTRACT WITH ANYONE FROM LA MESA PRISON, TIJUANA MEXICO
INCLUDING PRISCILLA CASTILLO, SUSAN GOLDING, TERESA KINNY

PAGE 56

AKA: LEVINE, MIKE AGUIRRE AKA: LEVINE, MARTY LEVINE, CAROL
LEBEAU AKA: LEVINE, LUIS CONCHOLLA, CINDY HEART, MARIA
ESPINOZA, ETC. THAT HAVE STOLEN THOUSANDS OF UNITED STATES
DOLLARS FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BANK
ACCOUNTS , ATM BANK CARDS, CASH MONEY, ETC.  THE TALI BAN ARE
VANDALIZING MY CAR, 2002 HONDA CIVIC LX THAT I PURCHASED
BRAND NEW. THE TALI BAN ALSO VANDALIZED MY DAUGHTER
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO BRAND NEW
CAR WHEN SHE FILED CASES IN SUPERIOR COURT, SAN DIEGO,
CALIFORNIA.  THE TALI BAN VANDALIZED EVERY CAR THAT MY
DAUGHTER CORINA SANDOVAL SLALI AKA: PECK,CORIE HAS
PURCHASED AND PAID.  CORINA SANDOVAL SLALI AKA; PECK, CORIE
IS INVADED BY THE MASACRE KATHRYN JEAN YAVENDITTI AKA; KATE
THAT HAS STOLEN THOUSANDS OF UNITED STATES DOLLARS FROM
MY BANK ACCOUNTS INCLUDING E.R.A. REALTY WHEN I, GRACE L.
SANDOVAL AKA: GRACE S. SLALI SOLD MY BRAND NEW HOME AT 7690
NORTH RUP DRIVE, SAN DIEGO, CALIFORNIA IN MAY 1986.  THE
ORPHANS FROM NEW JERSEY RELATED TO JOSE REYES CONTINUED
TO STEAL MY BANK STATEMENTS FROM MY MAIL BOX THAT WAS OUT
IN THE STREET AS DONE TO ME AT 3736 RAY STREET, SAN DIEGO,
CALIFORNIA.  THE ORPHANS FROM NEW JERSEY INCLUDING ERIC
WARREN AKA: DARIN, TERESA SAVARESE WERE JOINED WITH CINDY
HEART IN STEALING MONEY FROM MY BANK ACCOUNT AND STEALING
MY FOOD, CLOTHES, CHILDREN CLOTHES, SHOES, TOYS, ETC.  I, GRACE
L. SANDOVAL DO NOT AGREE TO PROVIDE ANY FOOD, MONEY, ETC. TO
ANY ORPHANS.  I, GRACE L. SANDOVAL AKA: GRACE S. SLALI DO NOT
INVITE ANY CRIMINALS IN MY HOME THAT HAVE STOLEN MONEY
FROM MY BANK ACCOUNTS AND HAVE LIENS ON THEIR PROPERTY
FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI.  I, GRACE L.
SANDOVAL AM FOLLOWED TWENTY FOUR HOURS A DAY, SEVEN DAYS

PAGE 57

A WEEK BY THE ILLEGALS FROM MEXICO THAT ARE INVOLVED IN
DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUSBTANCE FROM
MEXICO TO THE UNITED STATES WITH JOE S. REYNA AND THE FIERRO
FAMILIES THAT LIVE IN EL CAJON, CALIFORNIA, ETC.  I, GRACE L.
SANDOVAL DO NOT HAVE ANY COMMUNICATION WITH JOE S. REYNA
OR HIS BROTHE JAVIER S. REYNA THAT ARE INVOLVED IN CRIME
INCLUDING STEALING CARS AND SELLING STOLEN CARS TO THE
PUBLIC ILLEGALLY FOR MONEY WITH DONALD HILDRE, LUPE
NUNGARAY PINA, ETC.  I, GRACE L. SANDOVAL HAVE FILED CASES IN
SUPERIOR COURT AND OTHER COURTS IN SAN DIEGO, CALIFORNIA ON
THE CRIMINALS THAT ARE ASSAULTING, ATTACKING, STALKING,
STEALING, INJECTING, TAKING FLUID, DRILLING, TAKING HUMAN
BLOOD ILLEGALLY, BURNING, RAPING, SPREADING MULTIPLE
DISEASES INCLUDING ORAL CANCER BY FORCING THEIR INFECTED
SEX ORGAN IN MY HUMAN MOUTH AS DONE TO MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE AND THEIR FATHER JESSE DIAZ
SLALI BEFORE HE DIED ON SEPTEMBER 6, 2007.  IRMA MENDIBLES IS
JOINED WITH ALL THE ILLEGALS FROM MEXICO IN PLANNING THE
MURDER OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA;
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE
AND MYSELF, GRACE L. SANSDOVAL AKA: GRACE S. SLALI WITH
TERESA KINNY AKA: LEVINE, MANUEL GARCIA, LUPE CHAVEZ SWAIN,
ROSARIO OTERO, DONNY LAZAROTTO JR., ROBERT GARCIA, LINDA
YBARRA FIERRO, SANDRA SALAZAR MURILLO, MANUEL MURILLO,
POLIMINO MIRAMONTES AKA: POLI, ARTHUR ALLEN, ROBERT ALLEN
AKA: BOBBIE, CINDY HEART, PRISCILLA CASTILLO, SUSAN GOLDING,
JOE S. REYNA, JAVIER S. REYNA, KATHRYN JEAN YAVENDITTI AKA:
KATE, JOSE REYES, ROSARIO REYES, MARTHA G. ROBLES, MARYLOU G.

PAGE 58

ROBLES, JOE CRUZ, IRMA RODRIGUEZ, DONALD HILDRE, PATRICK J. CLARK, O.J. SIMPSON, LUPE NUNGARAY PINA, WILLIAM LANSDOWNE, CHRIS MILLS, DAN GREEN AKA: HAMMOND, DONNA MILLS, ALICE KRULL, ERNEST DEGUZMAN, RAMIN K. AKA: JASON, RUZIAK IBRAHIM AKA: HUZIK, BAP RUSSO AKA: BAPSI SLALI, CONI DIAZ SLALI CERVANTES STOKELY, STELLA CERVANTES SANDOVAL, CYNTHIA CARDENAS QUESADA, REYES QUESADA, EFRAIN QUESADA, LISA SPENCER, PRISCILLA SPENCER, HECTOR MENDEZ, ERNESTO NUNGARAY, GLORIA GAXIOLA, CARMEN GAXIOLA, RAUL DIAZ, LIDIA PINA JAIMES, ROGELIO PINA AKA: ROY, ROBERT GOODMAN SR. , JEFFREY FROM LEUCADIA, CALIFORNIA, JENNIFER DEBLASE HILL, LAURIE HARRISON AKA: HILL, LUZ, MAGGIE CASTANO, ESTHER NUNGARAY ESPINOZA, ELSIE LEVINE NUNGARAY ESPARZA, IRMA NUNGARAY ESPINOZA, DOREEN LEVINE NUNGARAY, SANDRA LEVNIE NUNGARAY CANO,ETC. THAT ARE INVOLVED IN MURDER. I, GRACE L. SANDOVAL DO NOT PLAN TO JOIN ANY ORGANIZED CRIME. I, GRACE L. SANDOVAL DO NOT PLAN TO HAVE SEX WITH ANYONE WHO FORCES INTO MY HOME ILLEGALLY. I, GRACE L. SANDOVAL DO NOT AGREE FOR ANYONE TO FOLLOW ME AT MY PLACE OF EMPLOYMENT, PUBLIC, HOME, CAR, ETC. I, GRACE L. SANDOVAL DO NOT AGREE FOR JOSE REYES TO FOLLOW MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALLI AKA; PECK,CORIE AND TO THREATEN BOTH AND ATTACK THEM TO CAUSE INJURY TO THEIR HUMAN BONES INCLUDING NECK BONE, HIP BONE, HEART, ETC. REYES QUESADA IS JOINED WITH THE MASACRE LEONARD FINK IN PICKING THE HUMAN HEART ILLEGALLY WITH A LARGE NEEDLE. LEONARD FINK IS DRILLING THE HUMAN HEART TO CAUSE HEART FAILURE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA;PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA;

PAGE 59

GRACE S. SLALI IN SAN DIEGO COUNTY, CALIFORNIA. LEONARD FINK
FOLLOWS ME AND MY TWO DAUGHTERS IN SAN DIEGO COUNTY,
CALIFONRIA AND FORCES INTO OUR PRIVATE HOME TO ATTACK US
BRUTALLY AND TO THREATEN TO CAUSE MURDER WITH ALL THE
HEROIN ADDICTS HE IS INVOLVED WITH INCLUDING POLIMINO
MIRAMONTES AKA; POLI, KATHRYN JEAN YAVENDITTI AKA: KATE,
ROGELIO PINA AKA: ROY THAT ARE DEMANDED BY LEONARD FINK TO
DRILL MY HUMAN HEART. LEONARD FINK DEMANDS THE ILLEGALS
EMPLOYED AT THORNTON HOSPITAL, LA JOLLA, CALIFORNIA
INCLUDING HANNAH MARRA TO STRANGLE EMPLOYEES INCLUDING
MYSELF, GRACE L. SANDOVAL WHILE EMPLOYED ON THE MEDICAL
SURGICAL FLOOR AT THORNTON HOSPITAL, LA JOLLA, CALIFORNIA.
HANNAH MARRA LIVED IN LA MESA PRISON, TIJUANA, MEXICO.
HANNAH MARRA WAS JOINED WITH PHILIP VALDEZ, BELEN MARRA,
RAMIN SHADMAN, PATRICK LUTZ, RUZIAK IBRAHIM AKA: HUZIK AT
THORNTON HOSPITAL, LA JOLLA, CALIFORNIA IN STEALING MONEY
FROM MY ATM BANK, STEALING MONEY FROM MY UNIFORM POCKET,
VANDALIZING MY 2002 HONDA CIVIC LX CAR, TAKING MY HUMAN
BLOOD ILLEGALLY, INJECTING MY LEFT LEG TO CAUSE A
TEMPORARY BLOCK IN MY BRAIN ( A PLUG FEELING), INJECTING A
HARMFUL SUBSTANCE IN MY HUMAN BACK TO CAUSE MY SKIN TO
BREAK OPEN OR PEEL, INJECTING MY HUMAN LEG WITH A SUBSTANCE
TO CAUSE A STRONG PAIN, ETC. LEONARD FINK FOLLOWS ME, GRACE
L. SANDOVAL IN EVERY ACUTE HOSPITAL THAT I, GRACE L. SANDOVAL
AM EMPLOYED FOR THE DAY IN SAN DIEGO COUNTY, CALIFORNIA TO
DEMAND THE EMPLOYEES TO ATTACK ME, GRACE L. SANDOVAL.
LEONARD FINK IS INVOLVED WITH ALL THE MASACRES IN PLANNING
MURDER. LEONARD FINK IS AN ENEMY OF OUR ENTIRE FAMILY THAT
HAVE FILED MANY CASES IN SUPERIOR COURT, CALIFORNIA ON
LEONARD FINK. LEONARD FINK HAS CAUSED THE MURDER OF THE

PAGE 60

FATHER AT SAINT PATRICK CATHOLIC CHURCH, 30TH STREET, SAN DIEGO, CALIFORNIA WHEN MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO WAS A STUDENT AND I, GRACE L. SANDOVAL AKA: GRACE S. SLALI WAS HIRED PART TIME. LEONARD FINK WAS FORCING INTO THE RECTORY OF SAINT PATRICK CATHOLIC CHURCH, 30TH STREET, SAN DIEGO, CALIFORNIA WITH OTHERS INCLUDING WILLIAM DOUGHERTY. WILLIAM DOUGHERTY IS EMPLOYED WITH DONALD HILDRE IN A LAW OFFICE ON FIFTH AVENUE, SAN DIEGO, CALIFORNIA. BOTH WILLIAM DOUGHERTY AND DONALD HILDRE HAVE FALSE ATTORNEY DEGREES. DONALD HILDRE JOINED ALL THE PEOPLE THAT LIVED IN BRAWLEY, CALIFORNIA, WESTMORLAND, CALIFORNIA, ETC. IN FALSE DEGREES WITH KATHY MEALER GRANDMOTHER THAT WAS OFFERING TRAINING ILLEGALLY IN HER HOME ON SECOND STREET, WESTMORLAND, CALIFORNIA. KATHY MEALER CONTINUED HER TRAINING IN FALSE ATTORNEY DEGREES, FALSE JUDGE DEGREES, WITH HER MOTHER AND GRANDMOTHER IN ESCONDIDO, CALIFORNIA. KATHY MEALER GRANDMOTHER CLAIMED TO HAVE ATTENDED CALIFORNIA WESTERN SCHOOL OF LAW, CEDAR, SAN DIEGO, CALIFORNIA. KATHY MEALER DOES NOT HAVE AN EDUCATION. KATHY MEALER HAD MANY CHILDREN FROM VARIOUS MEN SINCE SHE WAS A YOUNG TEENAGER LIVING IN WESTMORLAND, CALIFORNIA. KATHY MEALER JOINED MARTHA G. ROBLES, LUPE CHAVEZ SWAIN, MANUEL GARCIA AND MANY OTHERS IN PROVIDING FALSE DEGREES TO MANY ILLEGALS FROM MEXICO AND DEMANDING A PERCENTAGE OF THEIR SALARY FROM THEIR EMPLOYMENT WITH FALSE DEGREES IN THE UNITED STATES. KATHY MEALER CHILDREN BORN OUT OF WEDLOCK ARE EMPLOYED AT FED EX KINKOS, UNIVERSITY AVENUE, SAN DIEGO, CALIFORNIA THAT ARE DEMANDED BY THEIR MOTHER, KATHY

PAGE 61

MEALER TO DO THE SAME CRIME THAT THEIR MOTHER KATHY
MEALER DOES OF CUTTING THE TOP LIP WITH A SHARP OR SCISSORS.
KATHY MEALER IS A ALCOHOLIC, DRUG ADDICT. KATHY MEALER IS
INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL
SUBSTANCES FROM MEXICO TO THE UNITED STATES. KATHY MEALER
AND HER FAMILY PROVIDE INFORMATION IN COVERING UP CRIME TO
ALL CRIMINALS INVOLVED IN ORGANIZED CRIME WITH THE TALI
BAN. KATHY MEALER HAS ATTACKED MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA; BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE IN ESCONDIDO, CALIFORNIA TO
DEMAND BOTH TO BE SURROGATE MOTHERS AND TO CARRY
CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY
EVERY YEAR FOR MANY YEARS WITH IRMA RODRIGUEZ CLARK,
JENNIFER DEBLASE HILL, LAURIE HARRION HILL, MAGGIE CASTANO,
FATIMA DIAZ SLALI ARREDONDO, TERESA KINNY AKA:LEVINE, CAROL
LEBEAU, PRISCILLA CASTILLO, SUSAN GOLDING, LUPE NUNGARAY
PINA, IRMA MENDIBLES, MANUEL GARCIA, LUPE CHAVEZ SWAIN, O.J.
SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE,
ESTHER NUNGARAY ESPINOZA, MARIA LEVINE NUNGARAY, ETC. THAT
HAVE RAPE MANY AMERICANS AND FORCED MANY AMERICANS TO BE
SURROGATE MOTHERS ILLLEGALLY SINCE THEIR EARLY TEEN YEARS
AND ALSO TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG
PROVERA ILLEGALLY IN THE UNITED STATES OF AMERICA INCLUDING
MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK,CORIE AND
MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI.


BY: _Grace L. Sandoval_ DATE: _September 4, 2008_

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

GRACE L. SANDOVAL

**DEFENDANTS**

JOSE REYES

FILED
08 SEP -4 PM 2:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff    SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    SAN DIEGO
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

GRACE L. SANDOVAL
P.O. BOX 712793 SAN DIEGO CA

Attorneys (If Known)

'08 CV 1621 JAH AJB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 1962 (a) (b) (c) and/or (d)

Brief description of cause:
KIDNAP AND RAPE DAUGHTERS AND MYSELF

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE_____  DOCKET NUMBER_____

DATE  9-4-08

SIGNATURE OF ATTORNEY OF RECORD  Grace L. Sandoval

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

