GRACE L. SANDOVAL
P.O. BOX 712793
SAN DIEGO CA 92171

FILED
08 SEP -4 PM 2:39
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL )
) Civil No. 08 CV 1621 JAH AJB
v. )
) REQUEST FOR APPOINTMENT OF
) COUNSEL UNDER THE CIVIL RIGHTS
) ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
) DECLARATION IN SUPPORT OF
JOSE REYES ) REQUEST
)

1.  I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

   A. my claim is meritorious (that is, I have a good case), and
   B. I have made a reasonably diligent effort to obtain counsel, and
   C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

   ___ Yes      _X_ No

1

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

B. Do you question the correctness of the Commission's "no reasonable cause" determination?

___ Yes    ☒ No

C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

2

4. Have you talked with any attorney about handling your claim?

___ Yes   _X_ No

If "YES," give the following information about each attorney with whom you talked:

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.): _____
Why attorney was not employed to handle your claim: _____
_____
_____
_____

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.): _____
Why attorney was not employed to handle your claim: _____
_____
_____
_____

Attorney: _____
When: _____
Where: _____
How (by telephone, in person, etc.): _____
Why attorney was not employed to handle your claim: _____
_____
_____
_____

(Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim: CONTACT LAWYER REFERRAL SERVICE TO TALK TO ONE FREE CONSULTATION WITH ATTORNEY, ETC.

6. Give any other information which supports your application for the court to appoint an attorney for you: I DO NOT HAVE MONEY IN SAVING ACCOUNT TO PAY ATTORNEY. I HAVE BEEN EMPLOYED FOR LAW OFFICE IN PAST YEARS.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: NONE

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now?  ___ yes  ___ no  _X_ am self-employed

Name and address of employer:

4

If employed, how much do you earn per month? __N/A__

If not employed, give month and year of last employment: __JULY 21, 2007__

How much did you earn per month in your last employment? __$10/HOUR__

If married, is your spouse employed? ___ yes __X__ no

If "YES," how much does your spouse earn per month? __N/A__

If you are a minor under age 21, what is your parents' or guardians' approximate monthly income? __N/A__

B. **Assets**

(i) **Other Income**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity payments or other sources? ___ yes __X__ no

If "YES," give the amount received and identify the sources:

| $ Received | Source |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

(Attach additional sheets as necessary)

5

(ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? __X__ yes ____ no

If "YES," state total amount: $1.00

(iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? __X__ yes ____ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
| $27,000.00 | 2002 HONDA CIVIC LX LICENSE NO. 4YPB411 |
| JVC TELEVISION | CIRCUIT CITY |
| SULTAN MATTRESS | IKEA |
| CLOTHES, SHOES, GOLD, ETC. | ETC. |

C. <u>Obligations and Debts</u>

(i) <u>Dependents</u>

Your marital state is: ____ single ____ married __X__ widowed, separated or divorced.

Your total number of dependents is: 0

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
| N/A | |

(ii) **Debts and Monthly Bills**

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: N/A | | |
| Mortgage on Home: N/A | | |
| Others: | | |
| AMERICREDIT | $1,000.00 | |
| CASH COLLECTIONS | $800.00 | |
| INTERNAL REVENUE SERVICE | $200.00 | |
| U.S. DEPT. OF EDUCATION | $5,000.00 | |

9. **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: SEPTEMBER 4, 2008

*Grace L. Sandoval*
Signature

(Notarization is not required)