FILED
08 SEP -4 PM 2:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL

Plaintiff,

vs.

JOSE REYES

Defendant.

CASE NO.

'08 CV 1621 JAH AJB

### RICO CASE STATEMENT

1. State whether the alleged unlawful conduct is in violation of 18 U.S.C. 1962(a), (b), (c), and/or (d).  **YES**

2. List the defendants and state the alleged misconduct and basis of liability of each defendant. **JOSE REYES PLANNED WITH TERESA KINNY AKA: LEVINE; MIKE AGUIRRE AKA: LEVINE TO RAPE**

3. List alleged wrongdoers, other than the defendants listed above, and state the alleged misconduct of each wrongdoer. **JOSE REYES IS JOINED WITH LEONARD BREAK FINK TO CUT NECK IN DAUGHTER, HIP,**

4. List the alleged victims and state how each victim was allegedly injured **CORINA CUT BREAKING, DRILLING BONES HEART, SPINE NECK**

5. Describe in detail the pattern of racketeering activities or collection of unlawful debts alleged for each RICO claim. The description of the pattern of racketeering shall include the following information: **HOSTAGE BY EX PRISONERS FROM LA MESA PRISON, TIJUANA, MEXICO TO COLLECT WELFARE FRAUD FOR 30+ CHILDREN**

    a. List the alleged predicate acts and the specific statutes that were allegedly violated; **COLLECTING WELFARE FRAUD FOR MORE THAN ONE HUNDRED AND FIFTY CHILDREN BORN PREMATURE WITH DRUG PROVERA. FROM FAMILY OF 4**

::ODMA\PCDOCS\WORDPERFECT\10417\1 May 5, 1999 (7:44am)   - 1 -

1  the enterprise, if at all.

2      9. Describe what benefits, if any, the alleged enterprise receives from the alleged pattern of
3  racketeering. *PURCHASED REAL PROPERTY, TRAILERS, CARS, EDUCATE WITH WELFARE FRAUD, ETC.*

4      10. Describe the effect of the activities of the enterprise on interstate or foreign commerce. *SPIES, INFORMATION WELFARE FRAUD, ETC.*

5      11. If the complaint alleges a violation of 18 U.S.C. 1962(a), provide the following: (a) state *STEALING MONEY FROM BANK ACCOUNTS*
6  who received the income derived from the pattern of racketeering activity or through the collection of *ERIC WARREN AKA: DARIN CANDY HEART,*
7  unlawful debt; and (b) describe the use or investment of such income. *TERESA KINNY AKA: LEVINE, SYLVIA ARAUJO, ETC.*

8      12. If the complaint alleges a violation of 18 U.S.C. 1962(b), describe in detail the acquisition
9  of maintenance of any interest in or control of the alleged enterprise. *LUIS CONCHOLLA, JUAN CESENA, RAMIN R. ELEANOR C. SANCHEZ, IRMA R. CLARK PLANNED TO PURCHASE PROPERTY*

10     13. If the complaint alleges a violation of 18 U.S.C. 1962(c), provide the following: (a) state *MICHAEL WAGNER AKA: RICHARD JOHNSON,*
11  who is employed by or associated with the alleged enterprise, and (b) state whether the same entity is *IRENE ARAUJO SALCEDA, IRMA MENDIVILES*
12  both the liable "person" and the "enterprise" under 18 U.S.C. 1962(c). *PLANNED WITH RONNY KOBYASHI, BECKY R. COCOVA*

13     14. If the complaint alleges a violation of 18 U.S.C. 1962(d), describe in detail the facts *TO*
14  showing the existence of the alleged conspiracy. *DAMAGED ALL FURNITURE, CARS, STEAL MONEY CLOTHES, SHOES, FROM BANK OF AMERICA*

15     15. Describe the alleged injury to business or property. *TOYS, ETC, TO STEAL. ACCT.*
                                                                  *PACE MAKER, DRILLED HEART,*
16     16. Describe the direct casual relationship between the alleged injury and the violation of the
17  RICO statute. *DRILL MY HIP BONE, SPINE, MOUTH, FOREHEAD, ETC. TO DISABLE.*

18     17. List the damages sustained by reason of the violation of 18 U.S.C. 1962, indicating the *INJURY TO HIP BONE, MY HUMAN BLOOD*
19  amount for which each defendant is allegedly liable. *TAKEN, FLUID TAKEN FROM BRAIN, BODY, LIVER*

20     18. List all other federal causes of action, if any, and provide the relevant statute numbers. *ETC.*
                                                                                                    *ILLEGALS FROM ALL AMERICAN CANAL*
21     19. List all pendent state claims, if any. *MEXICALI, MEXICO STOLD FURNITURE,*

22     20. Provide any additional information that you feel would be helpful to the court in *ETC.*
23  processing your RICO claims. *JOSE REYES IS DEMANDED TO STEAL MY CAR,*

24     DATED: *SEPTEMBER 4, 2008*        *FURNITURE,*
                                          *CLOTHES,*
25                                        *ETC.*

26                     *Horace L. Sandoval*
27                     Attorney for Plaintiff(s)

28